Daniel J. Aaron, Esq (DA-0718)
DANIEL J. AARON, P.C.
90 Park Avenue, Suite 701
New York, New York 10016
(212) 684-4466

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :

| | |
|---|---|
| V.P. MUSIC GROUP, INC., STB MUSIC, INC.,: | CV11-2619 |
| GREENSLEEVES RECORDS LTD.,       : | WEINSTEIN, J. |
| GREENSLEEVES PUBLISHING LTD.,   : | GO, MJ |
|                        : | |
|         Plaintiffs,   : | FIRST AMENDED |
|                     : | COMPLAINT |
|   - against –          : | |
|                     : | Jury Trial Demanded |
| KEMAR MCGREGOR,        : | |
| NO DOUBT RECORDS, LLC,     : | |
| FLAVA RECORDS, LLC,        : | |
| THE ORCHARD ENTERPRISES, INC.,  : | |
| ORCHARD ENTERPRISES NY, INC.,  : | |
| PHOENIX MUSIC INTERNATIONAL LTD., : | |
|             Defendants.   : | |

------------------------------------------------------------x

      Plaintiffs, by their attorney Daniel J. Aaron, P.C., for their Complaint allege, upon knowledge as to their own acts and upon information and belief as to the acts of others, as follows:

## BACKGROUND

      1.    Plaintiffs are a well known and successful record company specializing in the music of Jamaica.  In a series of agreements, the Plaintiffs paid Kemar McGregor, No Doubt Records, LLC, and Flava Records, LLC (collectively, the "Kemar Defendants") advances approximating two hundred ninety thousand dollars in exchange for the exclusive worldwide master and publishing rights in a large number of Jamaican musical works.  Unfortunately, the Kemar Defendants are fraudulent serial re-sellers of musical rights, who pocketed Plaintiffs'

money, and proceeded to re-sell the same rights to others, at least six of which have been identified.  Simultaneously, the Kemar Defendants have sold, and continue to sell, the same works both physically and for digital download to the public for their own account via the internet.

2.     Plaintiffs' have unfortunately learned from experience that the Kemar Defendants can and will say pretty much anything that they think will help them, regardless of the actual facts, or of past statements that the Kemar Defendants themselves have made.  The Kemar Defendants have, at varying times, claimed that inconvenient agreements are invalid "forgeries" or never happened.  The Kemar Defendants have quite publicly claimed that they have never received a single check or accounting from Plaintiffs, despite the fact that the Kemar Defendants have cashed many checks and have actually returned accountings to the Plaintiffs while at the same time demanding that they never receive any additional accountings in the future.  The Kemar Defendants have even ineffectively purported to terminate the very agreements whose existence they deny.

3.     In short, the Kemar Defendants have created a legal mess for Plaintiffs by repeatedly obtaining new advances from third parties who are often all too willing to ignore the rights of Plaintiffs.  When the Plaintiffs wanted to speak privately in order to resolve the conflicting claims that the Kemar Defendants created, the Kemar Defendants chose to interpret Plaintiffs' willingness to resolve matters as an admission that Plaintiffs had no rights at all.  The Kemar Defendants surreptitiously taped a conversation and used an excerpt out of context as part of an ongoing public internet smear campaign against Plaintiffs.  In that campaign, they have denied that the Kemar Defendants ever had agreements with Plaintiffs, that the Kemar Defendants ever received checks from Plaintiffs, or that the Kemar Defendants ever received

2

accountings from Plaintiffs.  They prominently claim that they own all rights in and to the subject music and accuse Plaintiffs of stealing "their" music.

4.     The Plaintiffs have finally had enough.  By this lawsuit, they intend to enforce their rights.

## I.  JURISDICTION AND VENUE

5.     This action arises under the Copyright Act of the United States (17 U.S.C. § 101 et seq.), under the Lanham (Trademark) Act of the United States (15 U.S.C. §1051 et seq.), and state law.  This Court has subject matter jurisdiction of this matter under 28 U.S.C. §§ 1331 and 1338, and state law.  The Court has subject matter jurisdiction over the state law claims under 28 U.S.C. § 1367.  Venue in this district is proper under 28 U.S.C. §§1391 because (a) the individual Defendant is an alien (b) the corporate defendants are subject to personal jurisdiction in this District (c) a substantial part of the events or omissions giving rise to the claims occurred in this District, and (d) all of the property that is the subject of this action is situated in this District.  Venue is proper under 28 U.S.C. §1400 because the defendants are subject to personal jurisdiction in this District and, therefore, may be found here, as well as because plaintiff STB Music, Inc. is the individual defendant's co-publisher and is located in this District.

6.     This Court has personal jurisdiction over each of the Defendants under New York Civil Practice Law and Rules §§ 301 and 302 because they are doing business in the State of New York, have engaged in acts in violation of plaintiffs' rights in the State of New York, and have been and are causing injury to Plaintiffs in the State of New York.

## II.  THE PLAINTIFFS

7.     Plaintiff V.P. MUSIC GROUP, INC. ("VP Music") is a corporation organized under the laws of the State of New York with its principal place of business in

Jamaica, Queens, New York.  VP Music is a longstanding and well known music label, devoted to the music of reggae, dancehall and soca artists.  With great effort over the course of decades, VP Music has developed a large roster of exclusive recording artists and a correspondingly deep catalogue of exclusively owned titles, including the well known Riddim Driven series of titles. A list of VP Music's exclusive artists during the relevant period for purposes of this Complaint includes Sean Paul, Beres Hammond, Etana, Wayne Wonder, Gyptian, Queen Ifrika and the other artists which appear on Schedule A annexed hereto (collectively, the "VP Exclusive Artists").  VP Music has worked unceasingly for approximately 40 years to ensure that the public can expect a high standard of quality from the products released by VP Music and the VP Exclusive Artists.

        8.      Plaintiff GREENSLEEVES RECORDS LTD. ("Greensleeves Records") is a corporation organized under the laws of the United Kingdom with its principal place of business in Isleworth, Middlesex, England.  Greensleeves Records is a leading independent record company and label for reggae and other styles of Jamaican music sound recordings.  Greensleeves Records has worked unceasingly for approximately 40 years to ensure that the public can expect a high standard of quality from the products released by Greensleeves Records.

        9.      Plaintiff STB MUSIC, INC. ("STB") is a corporation organized under the laws of the State of New York with its principal place of business in Jamaica, Queens, New York.  STB is a leading music publishing administrator for reggae and other styles of Jamaican music.

        10.     GREENSLEEVES PUBLISHING LTD. ("Greensleeves Publishing") is a corporation organized under the laws of the United Kingdom with its principal place of business

in Isleworth, Middlesex, England. Greensleeves Publishing is a leading music publishing administrator for reggae and other styles of Jamaican music.

11.      VP Music, Greensleeves Records, Greensleeves Publishing and STB (collectively, "Plaintiffs") are a family of family owned companies whose business is related to Jamaican music.

### III.  THE KEMAR DEFENDANTS

12.      KEMAR MCGREGOR ("McGregor") is professionally known as Kemar "Flava" McGregor.  He is a producer and writer of roots-reggae music.  He is a citizen of Jamaica.  His primary residence is 420 Southwest 83 Roadway, Apartment 202, Pembroke Pines, Florida 33025.  McGregor does business in the State of New York, including in this District.

13.      NO DOUBT RECORDS, LLC ("No Doubt"), is a limited liability company organized under the laws of Florida.  No Doubt's principal place of business is McGregor's home, 420 Southwest 83 Roadway, Apartment 202, Pembroke Pines, Florida 33025. No Doubt is owned and controlled by McGregor.  McGregor uses No Doubt to offer his services as a writer and producer of roots-reggae music.  No Doubt does business in the State of New York, including in this District.

14.      FLAVA RECORDS, LLC ("Flava"), is a limited liability company organized under the laws of Florida.  Flava's principal place of business is McGregor's home, 420 Southwest 83 Roadway, Apartment 202, Pembroke Pines, Florida 33025.  Flava is owned and controlled by McGregor.  McGregor uses Flava to offer his services as a writer and producer of roots-reggae music.  Flava does business in the State of New York, including in this District.

15.      The Kemar Defendants own and operate a website: www.flavamcgregor.com.  The Kemar Defendants operate a myspace account:

www.myspace.com/nodoubtrecordsja.  The Kemar Defendants operate a twitter account:

twitter.com/flavamcgregor.  The Kemar Defendants operate a YouTube account:

www.youtube.com/user/nodoubtrecordsja.  The Kemar Defendants operate a Facebook account:

www.facebook.com/kemarflava.mcgregor.

## IV. THE DISTRIBUTION DEFENDANTS

16.     PHOENIX MUSIC INTERNATIONAL LTD. ("PMI"), is a private entity

limited by shares formed in the United Kingdom.  Its principal offices are located at The Stables,

Shipton Bridge Farm, Widdington, Essex, CB11 3SU.  The business of PMI is the acquisition

and exploitation of music rights.  Such exploitation includes the international distribution of

digital music.

17.     THE ORCHARD ENTERPRISES, INC., is a New York corporation.  Its

principal offices are located at 23 East 4th Street, 3rd Floor, New York, NY 10003.

18.     ORCHARD ENTERPRISES NY, INC., is a New York corporation.  Its

principal offices are located at 23 East 4th Street, 3rd Floor, New York, NY 10003.

19.     Together, The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc.

(collectively, the "Orchard Defendants") engage in the international distribution of digital music.

20.     PMI and the Orchard Defendants are collectively referred to herein as the

"Distribution Defendants."  The Distribution Defendants and the Kemar Defendants are

collectively referred to herein as the "Defendants."

## V.  THE CONTRACTUAL RELATIONSHIP BETWEEN
## PLAINTIFFS AND THE KEMAR DEFENDANTS

21.     VP Music and Greensleeves Records entered into a series of written

contracts with the Kemar Defendants as listed on Schedule B annexed hereto (the "Contracts").

22.     Pursuant to the Contracts listed on Schedule B, the Kemar Defendants granted VP Music and Greensleeves Records exclusive ownership rights in and to the master recordings listed on Schedule C (the "VP Masters"), including the exclusive right to manufacture, distribute, sell, advertise and exploit the masters throughout the world in digital and/or physical formats (the "VP Master Rights").

23.     The VP Masters are sold by VP Music and Greensleeves Records digitally through iTunes and other digital distributors.

24.     The VP Masters have been registered by VP Music and Greensleeves Records with the United States Copyright Office as indicated by the registration codes set forth on Schedule C.

25.     McGregor is one of the composers with respect to many of the songs on the VP Masters.  Pursuant to the contract identified on Schedule D, McGregor assigned to STB an undivided 50% interest in the copyrights to any and all of McGregor's musical compositions as they then existed or were thereafter created or acquired as well as the sole exclusive worldwide right of administration with respect to those compositions (the "VP Composition Rights").

26.     The compositions underlying the masters listed on Schedules C and F (the "VP Compositions") have been registered by STB and Greensleeves Publishing with the United States Copyright Office as indicated on Schedules E, H1 and H2.

27.     In connection with the indicated Contracts set forth on Schedules B and D, McGregor received advances which in the aggregate approximate two hundred ninety thousand dollars.

28.     Plaintiffs have accounted to the Kemar Defendants under the terms of the Contracts listed on Schedules B and D.

## VI.  ADDITIONAL RIGHTS HELD BY PLAINTIFFS

29.     Plaintiffs and the VP Exclusive Artists indicated on Schedule A entered into written contracts pursuant to which the indicated artists listed on Schedule A granted VP exclusive rights to manufacture, distribute, sell, advertise and exploit the masters indicated on Schedules C and F throughout the world in digital or physical formats (the "Additional VP Master Rights").

30.     Plaintiffs and the persons indicated on Schedule G entered into written contracts pursuant to which the indicated artists granted STB or Greensleeves Publishing exclusive ownership and or exclusive administrative rights in and to the musical compositions indicated on Schedules H1 and H2 (the "Additional Composition Rights").

31.     In connection with the release of each of the VP Masters, Plaintiffs paid for the creation of original album artwork which was used in selling the VP Masters to the public (the "VP Artwork").  Plaintiffs own that artwork and have not licensed or otherwise authorized its use by the Kemar Defendants.

32.     On December 5, 2000, VP Music a registered a trademark and service mark "VP Records," Registration No. 2,704,720.

33.     On December 5, 2000, VP Music a registered a trademark and service mark logo for "VP Records," Registration No. 2,409,886.

34.     On April 8, 2003, VP Record Distributors, Inc., registered a trademark for "RIDDIM DRIVEN," Registration No. 2,704,720.  On May 1, 2003, VP Record Distributors,

Inc. granted VP Music the exclusive worldwide right to use the trademark "Riddim Driven" on music products.

35.     On November 9, 2010, Greensleeves Records registered a trademark and service mark "Greensleeves Records," Registration No. 3,872,044.

36.     On May 10, 2011, Greensleeves Records registered a trademark and service mark logo for Greensleeves Records, Registration No. 3,956,707.  The trademarks identified in Paragraphs 27 through 31 shall be hereafter referred to as the "Trademarks."

## VII.  THE DEFENDANTS' WRONGFUL COURSE OF CONDUCT

37.     Notwithstanding the exclusive VP Master Rights, the Additional VP Master Rights, the VP Composition Rights, and the Additional VP Composition Rights, the Kemar Defendants have simultaneously exercised such rights themselves and have resold such rights to third parties on multiple occasions.

38.     In or about January of 2006, the Kemar Defendants sold the rights to administer McGregor's compositions to Tafari Music, Inc.

39.     In or about August of 2008, the Kemar Defendants sold the rights to administer McGregor's compositions to The Royalty Network, Inc.

40.     In or about August of 2008, the Kemar Defendants sold the rights to digitally distribute the VP Masters, the Additional VP Masters, and use the VP Artwork to Big Fish Media, LLC.

41.     In or about February of 2010, the Kemar Defendants sold the rights to digitally distribute the VP Masters, the Additional VP Masters, and use the VP Artwork to Zojak World Wide, LLC and its principals.

42.    In or about September of 2010, the Kemar Defendants sold the rights to digitally distribute the VP Masters, the Additional VP Masters, and use the VP Artwork to Independent Recording Industry Services, Inc.

43.    In or about March of 2011, the Kemar Defendants sold the rights to digitally distribute the VP Masters, the Additional VP Masters and use the VP Artwork to Believe Digital GmbH.

44.    In or about March of 2011, the Kemar Defendants attempted to sell the rights to digitally distribute the VP Masters, the Additional VP Masters and use the VP Artwork to Independent Online Distribution Alliance, Inc.

45.    In or about March of 2011, the Kemar Defendants attempted to sell the rights to digitally distribute the VP Masters, the Additional VP Masters and use the VP Artwork to the Orchard Defendants.

46.    In or about June of 2011, the Kemar Defendants were induced to sell, and did sell, the rights to digitally distribute the VP Masters and the Additional VP Masters to PMI who enlisted the aid of the Orchard Defendants to jointly distribute such works worldwide even though all three Distribution Defendants were aware of Plaintiffs' rights in and to the works as well as in and to the exclusive artists set forth on Exhibit A.

47.    Schedule I sets forth titles currently being digitally sold worldwide by the Distribution Defendants and which contain masters produced by the Kemar Defendants which are owned and/or controlled by VP Music and Greensleeves Records.

48.    Schedule J sets forth titles currently being digitally sold worldwide by the Distribution Defendants and which contain masters performed by VP Exclusive Artists in violation of the Additional VP Master rights and/or are Additional VP Masters.

49.     Schedule K sets forth titles currently being sold worldwide by the Distribution Defendants and which contain compositions authored in whole or in part by Kemar McGregor without the requisite mechanical license from Plaintiffs.  In addition, Kemar McGregor failed to submit many of these compositions to Plaintiffs for administration, which has impaired Plaintiff's ability to file registrations.

50.     Schedule L sets forth titles currently being sold worldwide by the Distribution Defendants and which contain compositions authored by persons other than Kemar McGregor who granted STB or Greensleeves Publishing exclusive ownership and or exclusive administrative rights in and to the musical compositions as indicated on Schedules L1 and L2.

51.     Simultaneously with the above conduct, starting sometime in March of 2010, the Kemar Defendants began selling physical CDs and downloads of the VP Masters and the Additional VP Masters on their website and have used mass emails, along with their YouTube, myspace, twitter and Facebook accounts to advertise such sales.  To make such sales, the Kemar Defendants have used the VP Artwork.  They have also used the Trademarks in conjunction with the Artwork in certain instances while removing the Trademarks in others to make such sales.  In conjunction with such sales, they have disparaged Plaintiffs as having acted unlawfully.  In addition to selling copies of the VP Masters in their original album format, the Kemar Defendants have also repackaged individual songs and sold them under different titles.

**COUNT I**
**Copyright Infringement – Master Use**
**(By VP Music and Greensleeves Records)**

52.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 51 as if set forth herein.

53.     VP Music and Greensleeves Records own the exclusive right to manufacture, reproduce, market, distribute and sell the VP Masters.

54.     Defendants' manufacture, reproduction, marketing, distribution and sale of the VP Masters is a violation of VP Music and Greensleeves Records' exclusive rights in the sound recording copyrights under 17 U.S.C. §106.

55.     Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to VP Music and Greensleeves Records' rights.

56.     The infringement of each of the VP Masters constitutes a separate and distinct act of infringement.

57.     VP Music and Greensleeves Records are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

58.     VP Music and Greensleeves Records are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

59.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause, irreparable injury to VP Music and Greensleeves Records that cannot be fully compensated by, or measured in, money damages.

60.     VP Music and Greensleeves Records have no adequate remedy at law.

61.     VP Music and Greensleeves Records are entitled to preliminary and permanent injunctive relief prohibiting further infringement of VP Music and Greensleeves

12

Records' copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

## COUNT II
### Vicarious Copyright Infringement – Master Use
### (By VP Music and Greensleeves Records)

62.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 61 as if set forth herein.

63.     Defendants had and have the right and the ability to supervise or control the infringing activities of third parties to whom Defendants have unlawfully distributed, or made available, or granted rights with respect to unauthorized copies of the VP Masters.  Defendants have refused to exercise such supervision and control to the extent required by law. As a direct and proximate result of such refusal, the aforementioned third parties have infringed VP Music and Greensleeves Records' copyrights in the VP Masters, including by reproducing, distributing and selling copies of the VP Masters.

64.     Defendants derive a direct financial benefit from these infringing activities.

65.     Defendants' acts constitute infringement of VP Music and Greensleeves Records' copyrights in violation of 17 U.S.C. §§ 106 and 501.

66.     Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to VP Music and Greensleeves Records' rights.

67.     The infringement of each of the VP Masters constitutes a separate and distinct act of infringement.

68.     VP Music and Greensleeves Records are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover

13

statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

69.     VP Music and Greensleeves Records are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

70.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury to VP Music and Greensleeves Records that cannot be fully compensated by, or measured in, money damages.

71.     VP Music and Greensleeves Records have no adequate remedy at law.

72.     VP Music and Greensleeves Records are entitled to preliminary and permanent injunctive relief prohibiting further infringement of VP Music and Greensleeves Records ' copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

**COUNT III**
**Contributory Copyright Infringement – Master Use**
**(By VP Music and Greensleeves Records)**

73.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 72 as if set forth herein.

74.     Defendants have unlawfully distributed or made available unauthorized copies of the VP Masters to third parties. As a direct and proximate result of such refusal, the aforementioned third parties have infringed the VP Music and Greensleeves Records' copyrights in the VP Masters, including by reproducing and distributing the VP Masters.

75.     Defendants have, with knowledge, materially contributed to and/or induced or caused unauthorized reproductions and/or distributions of the VP Masters by third parties, and

14

thus Defendants have contributed to and/or induced or caused the infringement of the VP Masters' copyrights.

76.     Defendants derive a direct financial benefit from these infringing activities.

77.     Defendants' acts constitute infringement of VP Music and Greensleeves Records ' copyrights in violation of 17 U.S.C. §§ 106 and 501.

78.     Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to VP Music and Greensleeves Records' rights.

79.     The infringement of each of the VP Masters constitutes a separate and distinct act of infringement.

80.     VP Music and Greensleeves Records are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

81.     VP Music and Greensleeves Records are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

82.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury to VP Music and Greensleeves Records that cannot be fully compensated by, or measured in, money damages.

83.     VP Music and Greensleeves Records have no adequate remedy at law.

84.     VP Music and Greensleeves Records are entitled to preliminary and permanent injunctive relief prohibiting further infringement of VP Music and Greensleeves

Records' copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

**COUNT IV**
**Copyright Infringement – Composition**
**(By STB and Greensleeves Publishing)**

85.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 84 as if set forth herein.

86.     STB and Greensleeves Publishing own the exclusive right to authorize the manufacture, reproduction, marketing, distribution, synchronization and sale of recordings of the VP Compositions and the Additional VP Compositions.

87.     Defendants did not obtain a mechanical license to issue recordings of the VP Compositions.

88.     Defendants infringed the copyrights to these compositions by reproducing and selling CDs and/or individual tracks in physical or digital form embodying the VP Compositions and the Additional VP Compositions without authorization.

89.     Defendants' manufacture, reproduction, marketing, synchronization and/or distribution and sale of CDs and/or individual tracks in physical or digital form embodying the VP Compositions and the Additional VP Compositions is a violation of STB and Greensleeves Publishing's exclusive rights under 17 U.S.C. §106.

90.     Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to STB and Greensleeves Publishing's rights.

91.     The infringement of each of the VP Compositions and the Additional VP Compositions constitutes a separate and distinct act of infringement.

16

92.     STB and Greensleeves Publishing are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

93.     STB and Greensleeves Publishing are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

94.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury to STB and Greensleeves Publishing that cannot be fully compensated by, or measured in, money damages.

95.     STB and Greensleeves Publishing have no adequate remedy at law.

96.     STB and Greensleeves Publishing are entitled to preliminary and permanent injunctive relief prohibiting further infringement of STB and Greensleeves Publishing's copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

**COUNT V**
**Vicarious Copyright Infringement – Composition**
**(By STB and Greensleeves Publishing)**

97.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 96 as if set forth herein.

98.     Defendants had and have the right and the ability to supervise or control the infringing activities of third parties to whom Defendants have unlawfully distributed, or made available, or granted rights with respect to unauthorized copies of the VP Compositions. Defendants have refused to exercise such supervision and control to the extent required by law.  As a direct and proximate result of such refusal, the aforementioned third parties have infringed STB

17

and Greensleeves Publishing's VP Composition Rights in the VP Compositions and the Additional VP Compositions, including by reproducing, distributing and selling works embodying the VP Compositions.

99.     Defendants derive a direct financial benefit from these infringing activities.

100.    Defendants' acts constitute infringement of STB and Greensleeves Publishing's VP Composition Rights and Additional VP Composition Rights in violation of 17 U.S.C. §§ 106 and 501.

101.    Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to STB and Greensleeves Publishing's rights.

102.    The infringement of each of the VP Compositions and the Additional VP Compositions constitutes a separate and distinct act of infringement.

103.    STB and Greensleeves Publishing are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

104.    STB and Greensleeves Publishing are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

105.    Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury to STB and Greensleeves Publishing that cannot be fully compensated by, or measured in, money damages.

106.    STB and Greensleeves Publishing have no adequate remedy at law.

107.    STB and Greensleeves Publishing are entitled to preliminary and permanent injunctive relief prohibiting further infringement of STB and Greensleeves Publishing's copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

## COUNT VI
### Contributory Copyright Infringement – Composition
### (By STB and Greensleeves Publishing)

108.    Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 107 as if set forth herein.

109.    Defendants have unlawfully distributed or made available unauthorized works embodying the VP Compositions and the Additional VP Compositions to third parties. As a direct and proximate result of such refusal, the aforementioned third parties have infringed STB and Greensleeves Publishing's copyrights in the VP Compositions and the Additional VP Compositions, including by reproducing and distributing works embodying the VP Compositions.

110.    Defendants have, with knowledge, materially contributed to and/or induced or caused unauthorized reproductions and/or distributions of works embodying the VP Compositions and the Additional VP Compositions by third parties, and thus Defendants have contributed to and/or induced or caused the infringement of the VP Composition and the Additional VP Compositions's copyrights.

111.    Defendants derive a direct financial benefit from these infringing activities.

112.    Defendants' acts constitute infringement of STB and Greensleeves Publishing's copyrights in violation of 17 U.S.C. §§ 106 and 501.

19

113.    Defendants' acts of infringement have been and are willful, intentional, and purposeful, in disregard of and with indifference to STB and Greensleeves Publishing's rights.

114.    The infringement of each of the VP Compositions and the Additional VP Compositions constitutes a separate and distinct act of infringement.

115.    STB and Greensleeves Publishing are entitled to recover their actual damages, Defendants' profits attributable to the infringements, and may elect to recover statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount up to $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504.

116.    STB and Greensleeves Publishing are entitled to recover reasonable attorneys' fees and full costs pursuant to 17 U.S.C. § 505, upon proper application.

117.    Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury to STB and Greensleeves Publishing that cannot be fully compensated by, or measured in, money damages.

118.    STB and Greensleeves Publishing have no adequate remedy at law.

119.    STB and Greensleeves Publishing are entitled to preliminary and permanent injunctive relief prohibiting further infringement of STB and Greensleeves Publishing's copyrights and exclusive rights under copyright and requiring seizure, forfeiture, and destruction of all infringing materials under 17 U.S.C. §§ 502 and 509.

## COUNT VII
### INFRINGEMENT OF REGISTERED TRADEMARKS
### (By VP Music and Greensleeves Records)

120.    Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 119 as if set forth herein.

121.    VP Music and Greensleeves Records have never authorized the Kemar Defendants to manufacture, distribute, or sell prerecorded music bearing the Trademarks.

122.    VP Music and Greensleeves Records have never authorized the Kemar Defendants to use the Trademarks in connection with the advertising, offering for sale, or sale of prerecorded music.

123.    The Kemar Defendants have used the Trademarks on or in connection with the offering for sale and/or sale and on labels, signs, and/or advertisements in commerce upon or in connection with prerecorded music without authorization and in manners which are likely to cause confusion, mistake, or deception among purchasers and potential purchasers of VP Music and Greensleeves Records' phonorecords or other products.

124.    The Kemar Defendants' conduct has been and is continuously infringing or threatening to infringe the Trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a) and (b).

125.    The Kemar Defendants' infringement of the Trademarks to cause confusion, mistake and deception has been knowing, willful, intentional, and deliberate.

126.    Unless enjoined by the Court, The Kemar Defendants will continue to infringe the Trademarks and cause confusion, mistake, and deception, thereby causing immediate and irreparable injury to VP Music.

## COUNT VIII
## FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION AND DILUTION
### (By VP Music and Greensleeves Records)

127.    Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 126 as if set forth herein.

21

128.     Defendants have used the Trademarks without authorization in connection with their unauthorized manufacture, distribution, licensing, and/or sale of the VP Masters, and advertising in connection with such activities, in ways which are likely to cause confusion, mistake, or deception among purchasers as to the source of the VP Masters as well as thereby giving an appearance that the VP Music and Greensleeves Records' products are the property of Defendants, or as solely licensed by these defendants, their affiliates, distributors, licensees, subscribers and others acting under defendants' authority.

129.     Defendants' actions constitute false designations of the origin which are likely to cause confusion, mistake, or deception among consumers of VP Music and Greensleeves Records' prerecorded music products as to Defendants' supposed affiliation, connection, or association with VP Music and/or Greensleeves Records and/or their exclusive recording artists, and to give the false or misleading impression as to the origin, sponsorship, or approval of Defendants' unauthorized sale, offering for sale, advertising or promotion of VP Music and Greensleeves Records' prerecorded music products sold by Defendants and their third parties without authorization, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

130.     VP Music and Greensleeves Records' Trademarks are famous and distinctive within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

131.     Defendants' unauthorized uses of the Trademarks have or threaten to dilute or tarnish VP Music and Greensleeves Records' famous Trademarks.

132.     Defendants' violations of Section 43(a) and (c) of the Lanham Act have been and are knowing, willful, intentional, and deliberate.

22

133.     Unless enjoined by the Court, Defendants will continue to violate VP Music and Greensleeves Records' rights and to cause confusion, mistake, and deception, thereby causing immediate and irreparable injury to VP Music and Greensleeves Records.

134.     VP Music and Greensleeves Records have no adequate remedy at law.

135.     VP Music and Greensleeves Records are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts or any further or different acts in violation of VP Music and Greensleeves Records' rights under Section 43(a) and (c) of the Lanham Act, 15 U.S.C. § 1125(a) and (c), pursuant to Section 34 of the Act, 15 U.S.C. § 1116.

136.     VP Music and Greensleeves Records have suffered damages as a proximate result of the infringing acts of Defendants and are entitled to recover damages in an amount to be determined at trial, and Defendants' profits attributable to their unlawful acts, along with treble damages, statutory damages, costs, and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117.

137.     VP Music and Greensleeves Records are entitled to an order requiring the seizure and destruction of all infringing labels, signs, packages, advertisements, negatives, masters, or other materials that violate VP Music and Greensleeves Records' rights under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), pursuant to 15 U.S.C. § 1118.

**COUNT IX**
**COMMON LAW TRADEMARK INFRINGEMENT**
**(By VP Music and Greensleeves Records)**

138.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 137 as if set forth herein.

23

139.     The Kemar Defendants' conduct has and threatens to continue to cause confusion, mistake, and/or deception in the minds of the members of the trade and the public, including distributors, retailers, and consumers of VP Music and Greensleeves Records' prerecorded music products and those bearing VP Music and Greensleeves Records' trade names and marks.

140.     The Kemar Defendants' conduct, through their unauthorized use of VP Music and Greensleeves Records' trade names and marks is an infringement of and trades upon the favorable reputation and proprietary rights of VP Music and Greensleeves Records' under the common law of New York.

141.     The Kemar Defendants' acts have been and are knowing, willful, intentional, and deliberate and cause harm to the trade and the public at large.

142.     Unless enjoined by the Court, The Kemar Defendants will continue to violate VP Music and Greensleeves Records' rights and to cause confusion, mistake, and deception, thereby causing immediate and irreparable injury to VP Music and Greensleeves Records.

143.     VP Music and Greensleeves Records have no adequate remedy at law.

144.     VP Music and Greensleeves Records are entitled to an injunction restraining The Kemar Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts or any further or different acts in violation of VP Music and Greensleeves Records' rights.

145.     VP Music and Greensleeves Records are entitled to an order requiring the seizure and destruction of all infringing labels, signs, packages, advertisements, negatives, masters, or other materials that violate VP Music and Greensleeves Records' rights.

146.     VP Music and Greensleeves Records have suffered damages as a proximate result of the unlawful acts of The Kemar Defendants and are entitled to recover compensatory damages in an amount to be determined at trial.

147.     VP Music and Greensleeves Records are entitled to recover punitive damages in an amount to be determined at trial.

## COUNT X
## COMMON LAW UNFAIR COMPETITION
### (By VP Music and Greensleeves Records)

148.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 147 as if set forth herein.

149.     Defendants' conduct constitutes misappropriation of the goodwill created and developed by VP Music and Greensleeves Records in their businesses and their status as the sole source of authorized prerecorded music of recording artists made under VP Music and Greensleeve's exclusive agreements with such artists or record producers.

150.     Defendants' acts of unfair competition have been and are knowing, willful, intentional, and deliberate and cause harm to the trade and the public at large.

151.     Unless enjoined by the Court, Defendants may continue to engage in unfair competition in violation of VP Music and Greensleeves Records' rights and to cause confusion, mistake, and deception, thereby causing immediate and irreparable injury to VP Music and Greensleeves Records.

152.      VP Music and Greensleeves Records have no adequate remedy at law.

153.      VP Music and Greensleeves Records are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts or any further or different acts in violation of VP Music and Greensleeves Records' rights.

154.      VP Music and Greensleeves Records are entitled to an order requiring the seizure and destruction of all infringing labels, signs, packages, advertisements, negatives, masters, or other materials that violate VP Music and Greensleeves Records' rights.

155.      VP Music and Greensleeves Records have suffered damages as a proximate result of Defendants' unlawful acts and are entitled to recover compensatory damages in an amount to be determined at trial.

156.      VP Music and Greensleeves Records are entitled to recover punitive damages in an amount to be determined at trial.

## COUNT XI
## VIOLATION OF NEW YORK GENERAL BUSINESS LAW §349
### (By VP Music and Greensleeves Records)

157.      Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 156 as if set forth herein.

158.      By the acts described above, Defendants have willfully engaged in deceptive acts or practices in the conduct of business and furnishing of unauthorized infringing albums in violation of Section 349 of the New York General Business law.  On information and belief, Defendants' conduct is directed to consumers, has affected the public interest of New York and has resulted in injury to consumers within New York.

26

159.       Defendants' deceptive acts or practices are materially misleading and, upon information and belief, have actually deceived, and have a tendency to deceive, a material segment of the persons to whom Defendants have directed their sales, and VP Music and Greensleeves Records have been injured thereby.

160.       Defendants' acts have caused, and will continue to cause, irreparable injury to VP Music and Greensleeves Records. VP Music and Greensleeves Records have no adequate remedy at law and are thus damaged in an amount not yet determined.

161.       Defendants' foregoing acts were in knowing and willful violation of New York General Business Law § 349.

162.       VP Music and Greensleeves Records have been injured by Defendants' violations of New York General Business Law § 349.

163.       Unless enjoined by the Court, Defendants may continue to violate New York General Business Law § 349, thereby causing immediate and irreparable injury to VP Music and Greensleeves Records.

164.       VP Music and Greensleeves Records have no adequate remedy at law.

165.       VP Music and Greensleeves Records are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts or any further or different acts in violation of New York General Business Law § 349.

166.       VP Music and Greensleeves Records have suffered damages as a proximate result of Defendants' acts in violation of New York General Business Law § 349 and are entitled to recover damages in an amount to be determined at trial, including treble actual

27

damages, up to $1,000, and reasonable attorney's fees under New York General Business Law §
349(h).

## COUNT XII
## VIOLATION OF NEW YORK GENERAL BUSINESS LAW §350
### (By VP Music and Greensleeves Records)

167.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1
through 166 as if set forth herein.

168.     Defendants' foregoing acts constitute false advertising in the conduct of
their business, trade or commerce or in the furnishing of their services in New York, are directed at
consumers, and are materially misleading, which acts are declared unlawful under New York
General Business Law § 350.

169.     Defendants' foregoing acts were in knowing and willful violation of New
York General Business Law § 350.

170.     VP Music and Greensleeves Records have been injured by Defendants'
violations of New York General Business Law § 350.

171.     Unless enjoined by the Court, Defendants may continue to violate New
York General Business Law § 350, thereby causing immediate and irreparable injury to VP Music
and Greensleeves Records.

172.     VP Music and Greensleeves Records have no adequate remedy at
law.

173.     VP Music and Greensleeves Records are entitled to an injunction
restraining Defendants, their agents and employees, and all persons acting in concert with any one
or more of them, from engaging in any of the foregoing acts or any further or different acts in
violation of New York General Business Law §§ 350 and 350-e(3).

28

174.     VP Music and Greensleeves Records have suffered damages as a proximate result of Defendants' acts in violation of New York General Business Law § 350 and is entitled to recover actual damages in an amount to be determined at trial, including treble actual damages, up to $1,000, and reasonable attorney's fees under New York General Business Law § 350-e(3).

**COUNT XIII**
**VIOLATION OF NEW YORK GENERAL BUSINESS LAW §360 - l**
**(By VP Music and Greensleeves Records)**

175.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 174 as if set forth herein.

176.     Defendants' forgoing acts create a likelihood of injury to VP Music and Greensleeves Records' business reputations and dilution of the distinctive quality of VP Music and Greensleeves Records' trade names and service marks or unfair competition in violation of New York General Business Law § 360-l.

177.     Defendants' foregoing acts were in knowing and willful violation of New York General Business Law § 360-1.

178.     VP Music and Greensleeves Records have been injured by Defendants' violations of New York General Business Law § 360-1.

179.     Unless enjoined by the Court, Defendants may continue to violate New York General Business Law § 360-l, thereby causing immediate and irreparable injury to VP Music and Greensleeves Records.

180.     VP Music and Greensleeves Records have no adequate remedy at law.

181.     VP Music is entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing acts or any further or different acts in violation of New York General Business Law §§ 360-1.

## COUNT XIV
## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS
### (By VP Music and Greensleeves Records)

182.     Plaintiffs repeat and reallege the allegations set forth in Paragraphs 1 through 181 as if set forth herein.

183.     Defendants, at all relevant times, knew that they were not authorized to manufacture, distribute, sell, or license phonorecords, in digital formats or otherwise, of performances of recording artists under exclusive recording agreements with VP Music and Greensleeves Records.

184.     Defendants, at all relevant times, knew that they were not authorized to manufacture, distribute, sell, or license phonorecords of sound recordings, in digital formats or otherwise,  that were, or should have been, delivered to VP Music and Greensleeves Records pursuant to exclusive license agreements.

185.     Notwithstanding Defendants' foregoing knowledge, Defendants tortiously interfered with the present and prospective contractual relations between VP Music and Greensleeves Records and their existing and potential exclusive recording artists and record producers.

186.     Defendants' foregoing tortious acts were knowing and willful.

187.     VP Music and Greensleeves Records have been injured by Defendants' foregoing tortious acts.

30

188.     Unless enjoined by the Court, Defendants may continue to engage in such tortious acts, thereby causing immediate and irreparable injury to Plaintiffs.

189.     VP Music and Greensleeves Records have no adequate remedy at law.

190.     VP Music and Greensleeves Records are entitled to an injunction restraining Defendants, their agents and employees, and all persons acting in concert with any one or more of them, from engaging in any of the foregoing tortious acts.

191.     VP Music and Greensleeves Records have suffered damages as a proximate result of Defendants' tortious acts and are entitled to recover actual and punitive damages in an amount to be determined at trial.

**WHEREFORE,** Plaintiffs pray that the Court grant them relief as follows:

1     Preliminary and permanent injunctive relief enjoining Defendants, their principals, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them, from engaging in any of the acts complained of herein, including, but not limited to any unauthorized manufacture, distribution, sale, licensing, or exploitation by any means of Plaintiffs' copyrighted works and from any unauthorized use of Plaintiffs' artwork, trade names, trademarks, and service marks;

2.     Requiring Defendants to sequester, forfeit and deliver up for destruction all unauthorized copies of Plaintiffs' copyrighted works and any other items or things bearing Plaintiffs' artwork, trade names, trademarks, and service marks and things which are used for the creation and/or distribution of such works or marks, which are in Defendants' possession, custody, or control, or in the possession, custody or control of any of their agents or representatives;

31

3.      Requiring Defendants to account for all monies and other remuneration which they received or which remain receivable in connection with the acts complained of;

4.      Judgment awarding Plaintiffs compensatory and punitive damages, treble damages, or, if elected, statutory damages, each as allowed by law, and Defendants' profits attributable to their unlawful activities, as allowed by law;

5.      Pre-judgment and post judgment interest, costs, and reasonable attorney's fees as allowed by law; and

6.      Such other, further, or different relief as the Court deems just and appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all claims so triable.

Dated:  New York, New York
         July 29, 2011

DANIEL J. AARON, P.C.


By: s/Daniel J. Aaron
Daniel J. Aaron (DA 0718)
90 Park Avenue, Suite 701
New York, NY 10016
212-684-4466
Attorney for Plaintiffs
V.P. MUSIC GROUP, INC.
STB MUSIC, INC.
GREENSLEEVES RECORDS LTD.
GREENSLEEVES PUBLISHING LTD.

<u>SCHEDULE A</u>

<u>VP EXCLUSIVE ARTISTS –</u>
<u>AS RECORDED BY McGREGOR DEFENDANTS</u>

1. Ventrice Morgan p/k/a Queen Ifrica
2. Hugh Beres Hammond p/k/a Beres Hammond
3. Shauna McKenzie p/k/a Etana
4. Windel Edwards p/k/a Gyptian
5. Cliffroy Taylor p/k/a I Wayne
6. Clifton Bailey p/k/a Capleton
7. Donald Cox & David Thomas individually and collectively p/k/a Danny English & Egg Nog
8. O'Neil Bryan p/k/a Elephant Man
9. Christopher Palmer p/k/a Lexxus a/k/a Mr. Lexx
10. Roy Morgan, Una Morgan, Peter Morgan, Memmalatel Morgan, and Nakhamyah Morgan, individually and collectively p/k/a Morgan Heritage
11. Sean Paul Henriques p/k/a Sean Paul
12. Craig Thompson, Alistaire McCalla, Roshaun Clarke, and Xavier Davidson, individually and collectively p/k/a T.O.K.
13. Von Wayne Charles p/k/a Wayne Wonder
14. Jepther McClymont p/k/a Luciano

<u>SCHEDULE B</u>

<u>VP & GRL MASTER AGREEMENTS</u>

1.  Name: Master Use Agreement
    a.  Parties: VP Music Group, Inc. –w- Kemar McGregor
    b.  Date: July 1, 2005
    c.  Artist & Title: Turbulence "Name & Number" (single master)

2.  Name: Co-Publishing & Exclusive Administration Agreement
    a.  Parties: STB Music, Inc. –w– Kemar McGregor
    b.  Date: November 1, 2005
    c.  Artist & Title: all compositions written/ acquired during Term

3.  Name: Agreement
    a.  Parties: Greensleeves Records, Ltd. –w- Kemar McGregor
    b.  Date: November 4, 2005
    c.  Artist & Title: v/a "Triumphant Riddim" (compilation album)

4.  Name: Agreement
    a.  Parties: Greensleeves Records, Ltd. –w- Kemar McGregor of No Doubt Records
    b.  Date: May 1, 2009
    c.  Artist & Title: Nesbeth "Board House" (single master)

5.  Name: Agreement
    a.  Parties: Greensleeves Records, Ltd. –w- Kemar "DJ Flava" McGregor for No Doubt Records
    b.  Date: November 6, 2007
    c.  Artist & Title: v/a "83 Riddim" (compilation album)

6.  Name: Exclusive Phonograph Record License Agreement
    a.  Parties: VP Music Group, Inc. –w- Kemar McGregor and No Doubt Records
    b.  Date: January 1, 2008
    c.  Artist & Title: v/a "Rub A Dub" Riddim" (compilation album)

7.  Name: License Agreement
    a.  Parties: VP Music Group, Inc. –w- Kemar McGregor and Flava Records, LLC
    b.  Date: August 1, 2008
    c.  Artist & Title: Beres Hammond "I Surrender" (single master)

8.  Name: Producer Agreement
    a.  Parties: VP Music Group, Inc. –w- Kemar McGregor and No Doubt Records and Flava Records
    b.  Date: August 1, 2008
    c.  Artist & Title: Queen Ifrica "Daddy" (single master)

9. Exclusive Phonograph Record License Agreement
   a. Parties: VP Music Group, Inc. –w- Kemar McGregor
   b. Date: November 1, 2008
   c. Artist & Title: v/a "Rock Steady Riddim" (compilation album)

10. Producer Agreement
    a. Parties: VP Music Group, Inc. –w- Kemar McGregor, No Doubt Records and No Doubt Productions
    b. Date: February 1, 2009
    c. Artist & Title: 10 Masters (5 Named, 5 TBA)

11. Exclusive Phonograph Record License Agreement
    a. Parties: VP Music Group, Inc. –w- Kemar McGregor
    b. Date: April 1, 2009
    c. Artist & Title:
       i. v/a "Sweet Riddim" (compilation album)
       ii. v/a "Ghetto Riddim" (compilation album)
       iii. v/a "Classic Riddim" (compilation album)

12. Exclusive Phonograph Record License Agreement & Artist's Assent & Guarantee
    a. Parties: VP Music Group, Inc. –w- Kemar McGregor
    b. Date: April 1, 2009
    c. Artist & Title: Ginjah "TBD" (single artist album)

13. Exclusive Phonograph Record License Agreement
    a. Parties: VP Music Group, Inc. –w- Kemar McGregor
    b. Date: May 1, 2009
    c. Artist & Title: Chuck Fenda "Fulfillment" (single artist album)

<u>SCHEDULE C</u>

<u>VP & GRL MASTERS & SR NUMBERS</u>

I.  Registration Code - SR 622-448
   A.  Album Title:                    RUB-A-DUB (VP2372)
   B.  Artist:                         VARIOUS
   C.  Masters:
       1.  Etana "I Am Not Afraid"
       2.  Richie Spice "The Plane Land"
       3.  Capleton "Same Old Story"
       4.  Morgan Heritage "Nothing to Smile About"
       5.  Anthony B. "Striving"
       6.  Nezbeth "Gunz Out"
       7.  Fantan Mojah "Most High Jah"
       8.  I-Octane "No Frighten We"
       9.  Teflon "We're Gonna Make It"
       10. Ginjah "Never Lost My Way"
       11. Junior Reid "Ain't No Stopping Us Now"
       12. Eloquent "Take It With A Smile"
       13. Natural Black "Love You"
       14. Lymie Murray ft. Murray "No Reason To Change"
       15. Spanner Banner "Angel's Around Me"

II.  Registration Code – 1-211478636
   A.  Album Title:                    REGGAE GOLD 2008 (VP1819)
   B.  Artist:                         VARIOUS
   C.  Masters:
       1.  Richie Spice "The Plane Land"

III. Registration Code – SR 664-503
   A.  Album Title:                    GIDEON BOOT (VP1809)
   B.  Artist:                         RICHIE SPICE
   C.  Masters:
       1.  "The Plane Land"

IV. Registration Code – 1-595615943
   A.  Album Title:      HI-GRADE GANJA ANTHEMS VOL. 3 (GRE2084)
   B.  Artist:           VARIOUS
   C.  Masters:
       1.  Richie Spice "The Plane Land"

V.  Registration Code – 1-211403174
   A.  Album Title:                    THE STRONG ONE (VP1800)
   B.  Artist:                         ETANA

    C.  Masters:
        1.  "I Am Not Afraid"

VI. Registration Code – 1-204816514
    A.  Album Title:              STRONGER (GRE2002)
    B.  Artist:                     FANTAN MOJAH
    C.  Masters:
        1.  "Most High Jah"

VII.       Registration Code – 1-510395301
    A.  Album Title:              THE BIGGEST REGGAE ONE DROP
    ANTHEMS 2008     (GRE1317)
    B.  Artist:                     VARIOUS
    C.  Masters:
        1.  Morgan Heritage "Nothing To Smile About"

VIII.      Registration Code – SR 664-507
    A.  Album Title:              MISSION IN PROGRESS (VP1779)
    B.  Artist:                     MORGAN HERITAGE
    C.  Masters:
        1.  "Nothing To Smile About"

IX.        Registration Code – SR 632-424
    A.  Album Title:              ROCK STEADY (VP2402)
    B.  Artist:                     VARIOUS
    C.  Masters:
        1.  Etana "Bad Mind"
        2.  I Wayne "One Hit Wonda"
        3.  Richie Spice "Why Should I?"
        4.  Nezbeth "Injustice"
        5.  Capleton "Save Dem"
        6.  Chuck Fenda "Survivor"
        7.  Fantan Mojah "Rising"
        8.  Cocoa Tea "Sweeter"
        9.  Duane Stephenson "Crying Out"
      10.  Konshens "Let Me Know"
      11.  Teflon "One Thing"
      12.  Ginjah "Where Is It"
      13.  Stevie Face "Not Going To Wait"
      14.  Glen Washington "Baby"
      15.  Lutan Fyah "Girl Don't Cry"

X.        Registration Code – SR 633-563
    A.  Album Title:              SWEET (VP2408)
    B.  Artist:                     VARIOUS
    C.  Masters:

1. Beres Hammond "See You Again"
2. Etana "Happy Heart"
3. Freddie McGregor "Keeps On Coming Back"
4. Marcia Griffiths "When You Giving Your Heart"
5. Glen Washington "No One Else But You"
6. Richie Stephens "Hey Joe"
7. Da'ville "Soldier Girl"
8. Peetah Morgan "Still the Same"
9. Gramps Morgan "One in a Million"
10. Chuck Fenda "Oh Lord Give Forgive Them"
11. Ginjah "Prayer"
12. Stevie Face "Proverbs 6"
13. Duane Stephenson "24 Hours"
14. Prophecy "Life With You"
15. Brudgez & Lukie D "Coming Home"
16. Kemar McGregor "Sweet Riddim"

XI. Registration Code – SR 662-540
    A. Album Title:           REGGAE GOLD 2010 (VP1909)
    B. Artist:                 VARIOUS
    C. Masters:
        1. Etana "Happy Heart"

XII.      Registration Code – SR 650-809
    A. Album Title:           GHETTO (VP2416)
    B. Artist:                 VARIOUS
    C. Masters:
        1. Etana "Mocking Bird"
        2. Busy Signal & Peetah Morgan "Unfair"
        3. Alborosie & Tamlins "Inna De Garrison"
        4. Richie Spice "Who Dat"
        5. Anthony B. "Cold Blooded Murderer"
        6. Lutan Fyah "Gangsta Living"
        7. Konshens "Insanity"
        8. Gyptian "Revelations"
        9. Louie Culture "Sentance" [sic]
      10. Khago "Friend Enemy"
      11. Nitty Kutchie "Welcome"
      12. Tony Curtis "Welcome"
      13. Prophecy "Peace and Unity"
      14. Kris Kelli "Big Woman Thing"
      15. Ziggi "Back Biters"
      16. Kemar McGregor "Ghetto Riddim"

XIII.      Registration Code – SR 662-667
      A. Album Title:           CLASSIC (VP2420)
      B. Artist:                   VARIOUS
      C. Masters:
1. Beres Hammond "No Apologies"
2. Etana "I Know You Love Me"
3. Maxi Priest "Like An Angel"
4. Wayne Wonder "In Your Eyes"
5. Singing Melody "Special Love"
6. Duane Stephenson ft. Ras Shiloh "Soon As We Rise"
7. Gramps Morgan "Darling It's You"
8. Pressure "Thinking About You"
9. Lukie D. "Girl I Surrender"
10. Khago "Love Stomach"
11. Kashief Lindo "Searching"
12. Tony Curtis "Golden Eyes"
13. Nikesha Lindo "Love On The Replay"
14. Gyptian "All I Wish Is Love"
15. Fiona "Which Side Are You On"
16. Kemar McGregor "Classic Riddim"

XIV.      Registration Code – SR 662-540
      A. Album Title:           REGGAE GOLD 2010 (VP1909)
      B. Artist:                   VARIOUS
      C. Masters:
1. Beres Hammond "No Apology"

XV.      Registration Code – SR 641-126
      A. Album Title:           FULFILLMENT (VP1865)
      B. Artist:                   CHUCK FENDER
      C. Masters:
1. "Why Should I"
2. "Our Father"
3. "I Am For The Poor"
4. "Cold For The Money"
5. "Survivor"
6. "Girl You Make Me Cry"
7. 'The Devil Is a Lie"
8. "Thin Line"
9. "Heights"
10. "Bad Boy"
11. "Oh Lord Forgive Them"
12. "Herbalist Farmer"
13. "Want To Be Free"
14. "Getting Serious"
15. "Tough Time" ft. Bushman

XVI.     Registration Code – SR 618-487

    A. Album Title:           MY NAME IS GYPTIAN (VP1727)

    B. Artist:                 GYPTIAN

    C. Masters:

1. "Beng Beng"
2. "Ma Ma"
3. "Beautiful Lady"
4. "You Never Know"
5. "Around The World"
6. "Serious Times"
7. "Take Me Higher"
8. "Through The Valley"
9. "Woman I Love You"
10. "School Girl"
11. "Take My Money"
12. "Keep On Knocking"
13. "What Are We Fighting For"
14. "Stop The Fussing and Fighting"
15. "Holiday"

XVII.     Registration Code – 1-211478571

    A. Album Title:           I CAN FEEL YOUR PAIN (VP1827)

    B. Artist:                 GYPTIAN

    C. Masters:

1. "Keep Your Calm"
2. "Nobody No Cry"
3. "I Can Feel Your Pain"
4. "Where's My Baby"
5. "Love Against The Wall"
6. "World Is Caving In"
7. "Touch"
8. "Thanks and Praise"
9. "Too Bad Mind"
10. "Sensi"
11. "More Money"
12. "More Love"
13. "Guide Me"

XVIII.    Registration Code – SR 664-493

    A. Album Title:           83 RIDDIM (GRE308)

    B. Artist:                 VARIOUS

    C. Masters:

1. Richie Spice "A No Me Dat"
2. Spanner Banner "Roots"
3. Warrior King "Love, Love"

5

    4.  Bobby Tenna "Battlefield"
    5.  Tony Rebel "Caan Go Round Good"
    6.  Natural Black "Vulgarity"
    7.  I Octane "Poverty"
    8.  Lutan Fyah "Music Is Love"
    9.  Queen Ifrica "Daddy"
    10. Chuck Fenda "Heights"
    11. Turbulence "Ready Now"
    12. Teflon "It's Been a While"
    13. Prestige "Can't Forget"
    14. Kemar McGregor "83 Riddim"

XIX.      Registration Code – SR 664-490
    A.  Album Title:          TRIUMPHANT (GRE288)
    B.  Artist:               VARIOUS
    C.  Masters:
       1.  Gyptian "Mama"
       2.  Anthony B. "How Do You Feel"
       3.  Natty King "Trodding"
       4.  Lutan Fyah "Screaming"
       5.  Perfect "Shoulda Neva"
       6.  Luciano "Oh Jah"
       7.  Fantan Mojah "Frame"
       8.  Turbulence "Everything"
       9.  Chezidek "Firm Up Yuh Self"
       10. Ras Shiloh "Always on My Mind"
       11. Thriller U "If The Table Turn"
       12. Lukie D "Crying"
       13. Natural Black & Norris Man "Going Away"
       14. Ghost & Roundhead "Can't You See"
       15. Mister Easy "Let It Be Known"
       16. Teflon "Trust Jah"
       17. Prestige "The One"
       18. Kemar McGregor "Triumphant Rhythm"

XX.      Registration Code – SR 664-515
    A.  Album Title:          THE BIGGEST REGGAE ONE DROP
    ANTHEMS 2006 (GRE4009)
    B.  Artist:        VARIOUS
    C.  Masters:
       1.  Anthony B "How Do You Feel"

XXI.     Registration Code – SRu 882-363
     A. Album Title:     N/A
     B. Artist:     VARIOUS
     C. Masters:
         1. Etana "Free"

XXII.     Registration Code – 1-595615832
     A. Album Title:     FREE EXPRESSIONS (VP1900)
     B. Artist:     ETANA
     C. Masters:
         1. "Free"
         2. "Mocking Bird"
         3. "People Talk"
         4. "Heart Broken"
         5. I Know You Love Me"
         6. "I Got You"
         7. "Happy Heart"
         8. "My Name Is"
         9. "Moving On"
         10. "War"
         11. "Retribution"
         12. "August Town"
         13. "Venting"
         14. "Day By Day"
         15. "Dance"

XXIII.     Registration Code – SR 647-812
     A. Album Title:     REGGAE GOLD 2009 (VP1849)
     B. Artist:     VARIOUS
     C. Masters:
         1. Beres Hammond "See You Again"

XXIV.     Registration Code – SR 664-510
     A. Album Title:     STRICTLY THE BEST VOL. 34 (VP1740)
     B. Artist:     VARIOUS
     C. Masters:
         1. Turbulence "Name and Number"

XXV.     Registration Code – SR 633-592
     A. Album Title:     MONTEGO BAY (VP1841)
     B. Artist:     QUEEN IFRICA
     C. Masters:
         1. "Daddy"

<u>SCHEDULE D</u>

<u>KEMAR McGREGOR PUBLISHING AGREEMENT</u>

1. Name: Co-Publishing & Exclusive Administration Agreement
   a. Parties: STB Music, Inc. –w- Kemar McGregor
   b. Date: November 1, 2005
   c. Works: all compositions created or acquired by Kemar McGregor prior to or during term

<u>SCHEDULE E</u>

<u>STB & GRL MCGREGOR COMPOSITIONS & PA NUMBERS</u>

I.   Registration Code – 1-606299842
 A.  Album Title:     RUB-A-DUB (VP2372)
 B.  Artist:      VARIOUS
 C.  Compositions:
  1.  Etana "I Am Not Afraid"
  2.  Richie Spice "The Plane Land"
  3.  Capleton "Same Old Story"
  4.  Morgan Heritage "Nothing to Smile About"
  5.  Anthony B. "Striving"
  6.  Nezbeth "Gunz Out"
  7.  Fantan Mojah "Most High Jah"
  8.  I-Octane "No Frighten We"
  9.  Teflon "We're Gonna Make It"
  10. Ginjah "Never Lost My Way"
  11. Junior Reid "Ain't No Stopping Us Now"
  12. Eloquent "Take It With A Smile"
  13. Natural Black "Love You"
  14. Lymie Murray ft. Murray "No Reason To Change"
  15. Spanner Banner "Angel's Around Me"

II.  Registration Code – 1-606299842
 A.  Album Title:     REGGAE GOLD 2008 (VP1819)
 B.  Artist:      VARIOUS
 C.  Compositions:
  1.  Richie Spice "The Plane Land"

III. Registration Code – 1-606299842
 A.  Album Title:     GIDEON BOOT (VP1809)
 B.  Artist:      RICHIE SPICE
 C.  Compositions:
  1.  "The Plane Land"

IV. Registration Code – 1-606299842
 A.  Album Title:     HI-GRADE GANJA ANTHEMS VOL. 3
  (GRE2084)
 B.  Artist:      VARIOUS
 C.  Compositions:
  1.  Richie Spice "The Plane Land"

V.  Registration Code – 1-606299842
    A.  Album Title:                    THE STRONG ONE (VP1800)
    B.  Artist:                          ETANA
    C.  Compositions:
        1.  "I Am Not Afraid"

VI. Registration Code – 1-606299842
    A.  Album Title:                    STRONGER (GRE2002)
    B.  Artist:                          FANTAN MOJAH
    C.  Compositions:
        1.  "Most High Jah"

VII.        Registration Code – 1-606299842
    A.  Album Title:                    THE BIGGEST REGGAE ONE DROP
        ANTHEMS 2008        (GRE1317)
    B.  Artist:                          VARIOUS
    C.  Compositions:
        1.  Morgan Heritage "Nothing To Smile About"

VIII.        Registration Code – 1-606299842
    A.  Album Title:                    MISSION IN PROGRESS (VP1779)
    B.  Artist:                          MORGAN HERITAGE
    C.  Compositions:
        1.  "Nothing To Smile About"

IX.        Registration Code – 1-605290649
    A.  Album Title:                    ROCK STEADY (VP2402)
    B.  Artist:                          VARIOUS
    C.  Compositions:
        1.  Etana "Bad Mind"
        2.  I Wayne "One Hit Wonda"
        3.  Richie Spice "Why Should I?"
        4.  Nezbeth "Injustice"
        5.  Capleton "Save Dem"
        6.  Chuck Fenda "Survivor"
        7.  Fantan Mojah "Rising"
        8.  Cocoa Tea "Sweeter"
        9.  Duane Stephenson "Crying Out"
      10. Konshens "Let Me Know"
      11. Teflon "One Thing"
      12. Ginjah "Where Is It"
      13. Stevie Face "Not Going To Wait"
      14. Glen Washington "Baby"
      15. Lutan Fyah "Girl Don't Cry"

X.      Registration Code – 1-605290314
    A.  Album Title:                    SWEET (VP2408)
    B.  Artist:                         VARIOUS
    C.  Compositions:
        1.  Beres Hammond "See You Again"
        2.  Etana "Happy Heart"
        3.  Freddie McGregor "Keeps On Coming Back"
        4.  Marcia Griffiths "When You Giving Your Heart"
        5.  Glen Washington "No One Else But You"
        6.  Richie Stephens "Hey Joe"
        7.  Da'ville "Soldier Girl"
        8.  Peetah Morgan "Still the Same"
        9.  Gramps Morgan "One in a Million"
      10.  Chuck Fenda "Oh Lord Give Forgive Them"
      11.  Ginjah "Prayer"
      12.  Stevie Face "Proverbs 6"
      13.  Duane Stephenson "24 Hours"
      14.  Prophecy "Life With You"
      15.  Brudgez & Lukie D "Coming Home"
      16.  Kemar McGregor "Sweet Riddim"


XI. Registration Code – 1-604772472
    A.  Album Title:                    REGGAE GOLD 2010 (VP1909)
    B.  Artist:                         VARIOUS
    C.  Compositions:
        1.  Etana "Happy Heart"


XII.     Registration Code – 1-607798762
    A.  Album Title:                    GHETTO (VP2416)
    B.  Artist:                         VARIOUS
    C.  Compositions:
        1.  Etana "Mocking Bird"
        2.  Busy Signal & Peetah Morgan "Unfair"
        3.  Alborosie & Tamlins "Inna De Garrison"
        4.  Richie Spice "Who Dat"
        5.  Anthony B. "Cold Blooded Murderer"
        6.  Lutan Fyah "Gangsta Living"
        7.  Konshens "Insanity"
        8.  Gyptian "Revelations"
        9.  Louie Culture "Sentance" [sic]
      10.  Khago "Friend Enemy"
      11.  Nitty Kutchie "Welcome"
      12.  Tony Curtis "Welcome"
      13.  Prophecy "Peace and Unity"
      14.  Kris Kelli "Big Woman Thing"
      15.  Ziggi "Back Biters"

3

16. Kemar McGregor "Ghetto Riddim"

XIII.     Registration Code – 1-605173852
     A. Album Title:               CLASSIC (VP2420)
     B. Artist:                     VARIOUS
     C. Compositions:
        1. Beres Hammond "No Apologies"
        2. Etana "I Know You Love Me"
        3. Maxi Priest "Like An Angel"
        4. Wayne Wonder "In Your Eyes"
        5. Singing Melody "Special Love"
        6. Duane Stephenson ft. Ras Shiloh "Soon As We Rise"
        7. Gramps Morgan "Darling It's You"
        8. Pressure "Thinking About You"
        9. Lukie D. "Girl I Surrender"
       10. Khago "Love Stomach"
       11. Kashief Lindo "Searching"
       12. Tony Curtis "Golden Eyes"
       13. Nikesha Lindo "Love On The Replay"
       14. Gyptian "All I Wish Is Love"
       15. Fiona "Which Side Are You On"
       16. Kemar McGregor "Classic Riddim"

XIV.     Registration Code – 1-605173852
     A. Album Title:               REGGAE GOLD 2010 (VP1909)
     B. Artist:                     VARIOUS
     C. Compositions:
        1. Beres Hammond "No Apology"

XV.     Registration Code – 1-606300019
     A. Album Title:               FULFILLMENT (VP1865)
     B. Artist:                     CHUCK FENDER
     C. Compositions:
        1. "Why Should I"
        2. "Our Father"
        3. "I Am For The Poor"
        4. "Cold For The Money"
        5. "Survivor"
        6. "Girl You Make Me Cry"
        7. 'The Devil Is a Lie"
        8. "Thin Line"
        9. "Heights"
       10. "Bad Boy"
       11. "Oh Lord Forgive Them"
       12. "Herbalist Farmer"
       13. "Want To Be Free"

14. "Getting Serious"
15. "Tough Time" ft. Bushman

XVI.      Registration Code – 1-607330482
    A. Album Title:                    MY NAME IS GYPTIAN (VP1727)
    B. Artist:                            GYPTIAN
    C. Compositions:
        1. "Beng Beng"
        2. "Ma Ma"
        3. "Beautiful Lady"
        4. "You Never Know"
        5. "Around The World"
        6. "Serious Times"
        7. "Take Me Higher"
        8. "Through The Valley"
        9. "Woman I Love You"
      10. "School Girl"
      11. "Take My Money"
      12. "Keep On Knocking"
      13. "What Are We Fighting For"
      14. "Stop The Fussing and Fighting"
      15. "Holiday"

XVII.      Registration Code – 1-608931454
    A. Album Title:                    I CAN FEEL YOUR PAIN (VP1827)
    B. Artist:                            GYPTIAN
    C. Compositions:
        1. "Keep Your Calm"
        2. "Nobody No Cry"
        3. "I Can Feel Your Pain"
        4. "Where's My Baby"
        5. "Love Against The Wall"
        6. "World Is Caving In"
        7. "Touch"
        8. "Thanks and Praise"
        9. "Too Bad Mind"
      10. "Sensi"
      11. "More Money"
      12. "More Love"
      13. "Guide Me"

XVIII.      Registration Code – 1-608882732
    A. Album Title:                    83 RIDDIM (GRE308)
    B. Artist:                            VARIOUS
    C. Compositions:
        1. Richie Spice "A No Me Dat"

2. Spanner Banner "Roots"
3. Warrior King "Love, Love"
4. Bobby Tenna "Battlefield"
5. Tony Rebel "Caan Go Round Good"
6. Natural Black "Vulgarity"
7. I Octane "Poverty"
8. Lutan Fyah "Music Is Love"
9. Queen Ifrica "Daddy"
10. Chuck Fenda "Heights"
11. Turbulence "Ready Now"
12. Teflon "It's Been a While"
13. Prestige "Can't Forget"
14. Kemar McGregor "83 Riddim"

XIX. Registration Code – 1-608882732
A. Album Title:  GREENSLEEVES SPRING SAMPLER '08 (GREWCD311)
B. Artist:  VARIOUS
C. Compositions:
1. Richie Spice "A No Me Dat"
2. Queen Ifrica "Daddy"

XX. Registration Code – 1-610304482
A. Album Title:  TRIUMPHANT (GRE288)
B. Artist:  VARIOUS
C. Compositions:
1. Gyptian "Mama"
2. Anthony B. "How Do You Feel"
3. Natty King "Trodding"
4. Lutan Fyah "Screaming"
5. Perfect "Shoulda Neva"
6. Luciano "Oh Jah"
7. Fantan Mojah "Frame"
8. Turbulence "Everything"
9. Chezidek "Firm Up Yuh Self"
10. Ras Shiloh "Always on My Mind"
11. Thriller U "If The Table Turn"
12. Lukie D "Crying"
13. Natural Black & Norris Man "Going Away"
14. Ghost & Roundhead "Can't You See"
15. Mister Easy "Let It Be Known"
16. Teflon "Trust Jah"
17. Prestige "The One"
18. Kemar McGregor "Triumphant Rhythm"

XXI.    Registration Code – 1-609701382
    A. Album Title:          THE BIGGEST REGGAE ONE DROP
                                  ANTHEMS 2006 (GRE4009)
    B. Artist:                 VARIOUS
    C. Compositions:
        1. Anthony B "How Do You Feel"

XXII.    Registration Code – 1-604772472
    A. Album Title:          FREE EXPRESSIONS (VP1900)
    B. Artist:                 ETANA
    C. Compositions:
        1. "Free"
        2. "Mocking Bird"
        3.  "Heart Broken"
        4. "I Got You"
        5.  "Day By Day"

XXIII.    Registration Code – 1-605290314
    A. Album Title:          REGGAE GOLD 2009 (VP1849)
    B. Artist:                 VARIOUS
    C. Compositions:
        1. Beres Hammond "See You Again"

XXIV.    Registration Code – 1-608882732
    A. Album Title:          MONTEGO BAY (VP1841)
    B. Artist:                 QUEEN IFRICA
    C. Compositions:
        1. "Daddy"

<u>SCHEDULE F</u>

<u>VP ADDITONAL MASTERS</u>

1.   Luciano                          Our Love Will Never Die
2.   Luciano                          More Life
3.   Luciano                          Righteous
4.   Luciano                          Goes On
5.   Luciano                          Music
6.   Luciano                          Load Off
7.   Luciano                          Lord
8.   Luciano                          Cry
9.   Luciano                          Our Love
10.  Luciano                          Sing For You
11.  Luciano                          I Will
12.  Luciano                          Gang War
13.  Luciano                          Sometimes
14.  Lutan Fyah                       Gun f/ Etana (Sru 882-363
15.  Luciano                          I Will
16.  Turbulence & Luciano             Music
17.  Beres Hammond                    Hunt You Down
18.  Beres Hammond                    Can't Fight It Anymore
19.  Lutan Fyah & Etana               Gun (Sru 882-363)
20.  Lutan Fyah                       Life (feat. Gyptian & Chezidek & Norris Man)
21.  Luciano                          Upright
22.  Gyptian                          Super Star
23.  Luciano                          Man Kind
24.  Gyptian                          Life (feat. Jah Cure)
25.  Etana                            Gun (feat. Lutan Fyah) (Sru 882-363)
26.  Gramps Morgan                    Making It Up to You
27.  Gyptian                          My Head (Sru 882-363)
28.  Beres Hammond                    One Life To Live (SR 650-809)
29.  Luciano                          Take The Load Off
30.  Morgan Heritage                  People Hungry
31.  T.O.K.                           Bad Man
32.  Mr. Lexxus                       Through Yo Fat (SR 650-809)
33.  Danny English                    Party People
34.  Beres Hammond                    Hunt You Down (SR 650-809)
35.  Capleton                         Justice Is All We Need
36.  Luciano                          What We Fighting For
37.  Morgan Heritage                  Gully Side
38.  Luciano                          Every Where We Go Is War
39.  Queen Ifrica                     Innocent
40.  Gyptian                          Life (feat. Chezidek & Lutan Fyah)
41.  Luciano                          More Love
42.  Luciano                          Thanking You God

| | |
|---|---|
| 43. Luciano | Up Right |
| 44. Morgan Heritage | Can'T [sic] Say I Never Tried |
| 45. Morgan Heritage | Can't Say I Never Tried |
| 46. Luciano | Black Man Cry |
| 47. Etana | Gun (feat. Lutan Fyah) (Sru 882-363) |
| 48. Luciano | Forgive Them Lord |
| 49. I-Wayne | One Hit Wonda |
| 50. Luciano | What A Heat |
| 51. Capleton | Wise Up |
| 52. Chuck Fenda | Calmer |
| 53. Elephant Man | Wock Yo |
| 54. Gramps Morgan | It's You |
| 55. I-Wayne | Wish Fi See The I Fall |
| 56. I-Wayne ft. Chuck Fenda | Thin Line And Hedges |
| 57. Lexxus | Through Yo Cute |
| 58. Luciano | Music |
| 59. Lutan Fyah | Suffering Us |
| 60. Morgan Heritage | Revolution Is A Must |
| 61. T.O.K | Na Go So |
| 62. Wayne Wonder | Piece A Da Pie |
| 63. Gyptian | Love Mean Everything |
| 64. Gyptian | Confess |
| 65. Gyptian | Togetherness |
| 66. Gyptian | Rude Boy Shuffling |
| 67. Gyptian | Our Father |
| 68. Gyptian | Love Means Everything |
| 69. Gyptian | Love You |
| 70. Gyptian | Give Me Some of Your Love |
| 71. Gyptian | Murderation |
| 72. Gyptian | Righteous |
| 73. Gyptian | Cool Youths |
| 74. Gyptian | Peaceful |
| 75. Gyptian | There'S [sic] No Other |
| 76. Gyptian ft. Barrington Levy | Murderation |
| 77. Gyptian ft. Duane Stephenson | Rude Boy A Shuffling |
| 78. Gyptian ft. Tina | Give Me Some of Your Love |
| 79. Gyptian ft. Natural Black | Righteous |
| 80. Gyptian | Crying |
| 81. Gyptian | Crying For a Better Day |
| 82. Capleton | Justice Is All We Need |

SCHEDULE G

ADDITIONAL PUBLISHING AGREEMENTS

| | | | | |
|---|---|---|---|---|
| 1. | Hugh Beresford Hammond | STB | Co-Pub | 6/15/1998 |
| 2. | Shauna McKenzie | GPL | Songwriter | 12/1/2007 |
| 3. | George Nooks | STB | Co-Pub | 9/1/2004 |
| 4. | Glenroy Washington | STB | Co-Pub | 6/5/1998 |
| 5. | Windel Edwards | STB | Co-Pub | 1/1/2008 |
| 6. | Cliffroy Taylor | STB | Songwriter | 7/2/2007 |
| 7. | Ray Stephen | GPL | Songwriter | 8/31/2005 |
| 8. | Leshorn Whitehead | GPL | Songwriter | 5/29/2009 |
| 9. | Llamar Brown | GPL | Songwriter | 1/1/2008 |
| 10. | Shane Brown | GPL | Songwriter | 3/31/2008 |
| 11. | Simone Fletcher | GPL | Songwriter | 12/10/2010 |
| 12. | Owen Moncriffe | GPL | Songwriter | 12/8/2008 |
| 13. | Reanno Gordon | GPL | Songwriter | 9/8/2008 |
| 14. | Peter Morgan | GPL | Songwriter | 1/7/2009 |
| 15. | Fredrick McGregor | GPL | Songwriter | 1/1/2009 |
| 16. | Richard Stephenson | GPL | Songwriter | 3/24/1998 |
| 17. | Mark Anthony Dyer | STB | Songwriter | 1/6/2002 |
| 18. | Miguel Orlando Collins | GPL | Songwriter | 1/7/2009 |
| 19. | O'Neil Norman Hughlin Bryan | GPL | Songwriter | 2/10/2000 |
| 20. | Christpopher Palmer | STB | Songwriter | 1/9/1999 |
| 21. | Jacob Lee Williams | GPL | Songwriter | 8/28/2009 |

<u>SCHEDULE H1</u>

<u>STB NON-MCGREGOR COMPOSITIONS & PA NUMBERS</u>

I.
    A.  Kemar Album Title:        CLASSIC RIDDIM
    B.  Artist:        VARIOUS
    C.  Compositions:
       1.  Beres Hammond "One Life To Live"
       2.  Wayne Wonder "Your Eyes" (1-605173852)
       3.  Gyptian "Love Means Everything" (1-605173852)

II.
    A.  Kemar Album Title:        REVELATIONS
    B.  Artist:        GYPTIAN
    C.  Compositions:
       1.  "Confess"
       2.  "Crying"
       3.  "Togetherness"
       4.  "Rude Boy Shuffling"
       5.  "Our Father"
       6.  "Love Means Everything"
       7.  "Love You"
       8.  "Give Me Some of Your Love"
       9.  "Revelations" (1-607798762)
      10.  "Murderation"
      11.  "Righteous"
      12.  "Cool Youths"
      13.  "Peaceful"
      14.  "There'S [sic] No Other"

III.
    A.  Kemar Album Title:        MERARA RIDDIM (EP)
    B.  Artist:        VARIOUS
    C.  Compositions:
       1.  Gyptian ft. Barrington Levy "Murderation"

IV.
    A.  Kemar Album Title:        LIVE RIDDIM
    B.  Artist:        VARIOUS
    C.  Compositions:
       1.  Gyptian ft. Round Head "Through The Valley" (1-607330482)

V.
    A. Kemar Album Title:          ONE LIVE TO LIVE (EP)
    B. Artist:                    BERES HAMMOND
    C. Compositions:
        1. "One Life To Live"
        2. "Hunt You Down"
        3. "Can't Fight It Anymore"

VI.
    A. Kemar Album Title:          REGGAE 4 LOVERS
    B. Artist:                    CHUCK FENDER
    C. Compositions:
        1. Gyptian "Around The World" (1-607330482)

VII.
    A. Kemar Album Title:          STRAIGHT ONE DROP 1
    B. Artist:                    VARIOUS
    C. Compositions:
        1. I-Wayne "One Hit Wonda" (1-607330482)
        2. Gyptian & Barrington Levy "Murderation"
        3. Beres Hammond "One Life To Live"

VIII.
    A. Kemar Album Title:          GHETTO RIDDIM
    B. Artist:                    VARIOUS
    C. Compositions:
        1. Glenn [sic] Washington "Fire Burning"

IX.
    A. Kemar Album Title:          FLUTE RIDDIM
    B. Artist:                    VARIOUS
    C. Compositions:
        1. Gyptian "Super Star"

X.
    A. Kemar Album Title:          DUET
    B. Artist:                    VARIOUS
    C. Compositions:
        1. Gyptian ft. Tina "Give Me Some Of Your Love"
        2. Gyptian ft. Jah Cure "Life"
        3. I-Wayne & Chuck Fenda "Thin Line" (1-606300019)

XI.
    A. Kemar Album Title:          TRIUMPHANT MEET TRUMPET RIDDIM VOL. 1
    B. Artist:          VARIOUS
    C. Compositions:
        1. Gyptian "Mama Don't Cry" (1-610304482)

XII.
    A. Kemar Album Title:          FOUNDATION REGGAE ARTISTS
    B. Artist:          VARIOUS
    C. Compositions:
        1. Beres Hammond "I Surrender" (1-609808082)

XIII.
    A. Kemar Album Title:          REGGAE FLAVA, VOL. 1
    B. Artist:          VARIOUS
    C. Compositions:
        1. Beres Hammond "One Life To Live"
        2. Gyptian "My Head" (1-608931454)
        3. Gyptian ft. Duane Stephenson "Rude Boy A Shuffling"
        4. Gyptian & Barrington Levy "Murderation"

XIV.
    A. Kemar Album Title:          ROOTS AND CULTURE 1
    B. Artist:          VARIOUS
    C. Compositions:
        1. I-Wayne "One Hit Wonda" (1-605290649)
        2. Beres Hammond "One Life To Live"

XV.
    A. Kemar Album Title:          RASTA VIBE
    B. Artist:          VARIOUS
    C. Compositions:
        1. Check [sic] Fenda & I-Wayne "Thin Line" (1-606300019)
        2. Gyptian "Guide Me" (1-608931454)

XVI.
    A. Kemar Album Title:          83 RIDDIM MEETS DROP IT RIDDIM VOL. 1
    B. Artist:          VARIOUS
    C. Compositions:
        1. Beres Hammond "I Surrender" (1-609808082)
        2. Gyptian "Keep Your Calm" (1-608931454)

XVII.
    A.  Kemar Album Title:        FUTURE LEADERS VOL. 2
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Gyptian "Crying"
        2.  Warrior King "Love, Love" (1-608882732)

XVIII.
    A.  Kemar Album Title:        HARDCORE DANCEHALL VOL. 1
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Mr. Lexxus "Through Yo Fat"

XIX.
    A.  Kemar Album Title:        ONE DROP NOW FLAVA VOL. 5
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Beres Hammond "See You Again" (1-605290314)
        2.  Gyptian "Crying For A Better Day"

XX.
    A.  Kemar Album Title:        4 STAR VOL. 4
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Beres Hammond "I Surrender" (1-609808082)
        2.  Beres Hammond "See You Again" (1-605290314)

XXI.
    A.  Kemar Album Title:        83 RIDDIM MEET DROP IT RIDDIM
        VOL. 2
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Warrior King "Love, Love" (1-608882732)

XXII.
    A.  Kemar Album Title:        KEMAR MCGREGOR PRESENTS
        ACOUSTIC VARIOUS ARTISTS VOL. 1
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Beres Hammond "Hunt You Down"
        2.  Gyptian "Crying For A Better Day"

XXIII.
    A.  Kemar Album Title:        KEMAR FLAVA MCGREGOR
        PRESENTS
    B.  Artist:        VARIOUS

    C. Compositions:
      1. Beres Hammond "I Surrender" (1-609808082)
      2. Gyptian "Ma Ma" (1-610304482)
      3. I-Wayne "One Hit Wonda" (1-605290649)

XXIV.
    A. Kemar Album Title:         CONSCIOUS
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Gyptain [sic] "Better Days"

XXV.
    A. Kemar Album Title:         GOOD VIBES
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Warrior King "Love Is What We Need"

XXVI.
    A. Kemar Album Title:         FOUNDATION REGGAE ARTISTS
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Beres Hammond "I Surrender"

XXVII.
    A. Kemar Album Title:         I LOVE ROOTS
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Gyptian "Revelations" (1-607798762)
      2. Gyptian ft. Chezidek & Lutan Fyah "Life"

XXVIII.
    A. Kemar Album Title:         KEY RIDDIM MEET FLUTE RIDDIM 2
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Gyptian "What Are We Fighting For" (1-607330482)

XXIX.
    A. Kemar Album Title:         KEY RIDDIM MEET FLUTE RIDDIM 1
    B. Artist:                  VARIOUS
    C. Compositions:
      1. Gyptian "Around The World" (1-607330482)

XXX.
    A. Kemar Album Title:         LOVERS ROCK MEET ROOTS AND
       CULTURE
    B. Artist:                  VARIOUS

5

    C. Compositions:
1. Gyptian "Confess"
2. Beres Hammond "See You Again" (1-605290314)
3. I-Wayne "One Hit Wonda" (1-605290649)

XXXI.
    A. Kemar Album Title:          NO DOUBT RECORDS DUB RIDDIM VOL. 4
    B. Artist:                    VARIOUS
    C. Compositions:
1. Kemar "Flava" McGregor "Beng Beng Riddim" (1-607330482)
2. Kemar "Flava" McGregor "Woman I Love You Riddim" (1-607330482)

XXXII.
    A. Kemar Album Title:          NO DOUBT RECORDS HITS AFTER HITS
    B. Artist:                    VARIOUS
    C. Compositions:
1. Beres Hammond "I Surrender" (1-609808082)
2. Gyptian "Ma Ma" (1-610304482)

XXXIII.
    A. Kemar Album Title:          ONE DROP NOW FLAVA VOL. 3
    B. Artist:                    VARIOUS
    C. Compositions:
1. Warrior King "Love, Love" (1-608882732)

XXXIV.
    A. Kemar Album Title:          ONE DROP NOW FLAVA VOL. 4
    B. Artist:                    VARIOUS
    C. Compositions:
1. Duane Stephenson & Gyptian "Rudeboy Shuffling" (1-609701382)

XXXV.
    A. Kemar Album Title:          ONE TWO VIBES
    B. Artist:                    VARIOUS
    C. Compositions:
1. Gyptian "Serious Times" (1-607330482)
2. Gyptian "More Money" (1-608931454)

XXXVI.
    A. Kemar Album Title:          REGGAE FLAVA, VOL. 2
    B. Artist:                    VARIOUS
    C. Compositions:
1. Warrior King "Love, Love" (1-608882732)
2. Gyptian "Too Bad Mind" (1-608931454)

XXXVII.
    A.  Kemar Album Title:          SPIRITUAL VIBES
    B.  Artist:                        VARIOUS
    C.  Compositions:
        1.  Gyptian "Serious Times" (1-607330482)
        2.  Gyptian "Guide Me" (1-608931454)

XXXVIII.
    A.  Kemar Album Title:          DROP IT ACOUSTIC RIDDIM
    B.  Artist:                        VARIOUS
    C.  Compositions:
        1.     Beres Hammond "I Surrender" (1-609808082)

<u>SCHEDULE H2</u>

<u>GPL NON-MCGREGOR COMPOSITIONS & PA NUMBERS & ADDITIONAL
COMPOSTIONS</u>

I.

    A.  Kemar Album Title:          CLASSIC RIDDIM
    B.  Artist:                  VARIOUS
    C.  Compositions:
        1.  Etana "Love Me For Real" (1-605290213)

II.

    A.  Kemar Album Title:          REGGAE LOVERS ROCK
    B.  Artist:                  VARIOUS
    C.  Compositions:
        1.  Etana "Happy Heart" (1-604772561)
        2.  Chuck Fenda "Girl You Make Me Cry" (1-606398162)
        3.  Natural Black "Love You" (1-606299962)

III.

    A.  Kemar Album Title:          LOVE ME FOR REAL (EP)
    B.  Artist:                  ETANA
    C.  Compositions:
        1.  "Love Me For Real" (1-606299962)
        2.  "Happy Heart" (1-605290614)
        3.  "Mocking Bird" (1-604660691)
        4.  "I Am Not Afraid" (1-606299962)
        5.  "Free" (1-604772561)
        6.  "Bad Mine [sic]" (1-605291059)
        7.  "Love For Real" (1-606299962)

IV.

    A.  Kemar Album Title:          MERARA RIDDIM (EP)
    B.  Artist:                  VARIOUS
    C.  Compositions:
        1.  Sizzla "Don'T [sic] Push Your Luck Around"

V.

    A.  Kemar Album Title:          LIVE RIDDIM
    B.  Artist:                  VARIOUS
    C.  Compositions:
        1.  Sizzla "Burn It Down"

VI.

    A.  Kemar Album Title:          ONE LIFE TO LIVE (EP)
    B.  Artist:                  BERES HAMMOND

8

    C. Compositions:
        1. "I Surrender"
        2. "See You Again"

VII.
    A. Kemar Album Title:          HEAD TO HEAD: CHUCK FENDA & FANTON [sic] MOJAH
    B. Artist:                  VARIOUS
    C. Compositions:
        1. Chuck Fenda "I Am For The Poor" (1-604660691)
        2. Chuck Fenda "Heights" (1-6088829767)
        3. Fantan Mojah "Most High Jah" (1-606299962)
        4. Fantan Mojah "Frame" (1-610304614)
        5. Fantan Mojah "Rising" (1-605291059)
        6. Fantan Mojah "System"
        7. Fantan Mojah "No Trust Dem"
        8. Chuck Fenda "Herbalist Farmer" (1-608882967)
        9. Chuck Fenda "Oh Lord Forgive Them" (1-608882967)
      10. Chuck Fenda "The Devil Is A Liar" (1-608882967)

VIII.
    A. Kemar Album Title:          REGGAE FOR LOVERS
    B. Artist:                  VARIOUS
    C. Compositions:
        1. Turbulence "Ready Now" (1-608882967)
        2. Natural Black "Love You" (1-606299962)
        3. Peetah Morgan "Still The Same" (1-605290614)

IX.
    A. Kemar Album Title:          STRAIGHT ONE DROP 1
    B. Artist:                  VARIOUS
    C. Compositions:
        1. Ginjah "Never Lost My Way" (1-606299962)
        2. Etana "Happy Heart" (1-605290614)
        3. Chuck Fenda "Bad Boy" (1-606398162)
        4. I-Octane "Poverty" (1-608882967)
        5. Queen Ifrica "Daddy" (1-608882967)
        6. Capleton "Same Old Story" (1-606299962)

X.
    A. Kemar Album Title:          GHETTO RIDDIM
    B. Artist:                  VARIOUS
    C. Compositions:
        1. Chuck Fenda "I Am For The Poor" (1-604660691)

XI.

A.  Kemar Album Title:        WHO DAT (EP)
B.  Artist:        RICHIE SPICE
C.  Compositions:
    1.  "A No Me Dat" (1-608882967)
    2.  "The Plane Land" (1-606299962)

XII.

A.  Kemar Album Title:        MUSIC
B.  Artist:        LUTAN FYAH
C.  Compositions:
    1.  "Music" (1-608882967)
    2.  "Gun" ft. Etana

XIII.

A.  Kemar Album Title:        DUET
B.  Artist:        VARIOUS
C.  Compositions:
    1.  Sizzla ft. Carlington Morris "Murderation"
    2.  Chuck Fenda ft. Sammy Dread "Bad Boy" (1-608882967)
    3.  I-Wayne & Chuck Fenda "Thin Line" (1-606398162)
    4.  Etana ft. Lutan Fyah "Gun"
    5.  Peetah Morgan & Busy Signal "Unfair" (1-604660691)

XIV.

A.  Kemar Album Title:        TRIUMPHANT MEET TRUMPET
RIDDIM VOL. 2
B.  Artist:        VARIOUS
C.  Compositions:
    1.  Fanton [sic] Mojah "Frame" (1-610304614)

XV.

A.  Kemar Album Title:        FOUNDATION REGGAE ARTISTS
B.  Artist:        VARIOUS
C.  Compositions:
    1.  Freddie McGregor "Keeps On Coming Back"
    2.  Richie Stephenson "Hey Joe" (1-605290614)

XVI.

A.  Kemar Album Title:        REGGAE FLAVA, VOL. 1
B.  Artist:        VARIOUS
C.  Compositions:
    1.  Richie Spice "A No Me Dat" (1-608882967)

XVII.

A.  Kemar Album Title:        ROOTS AND CULTURE 1
B.  Artist:        VARIOUS

    C.  Compositions:
       1.  Ginjah "Never Lost My Way" (1-606299962)
       2.  Chuck Fenda & Bushman "Tough Time" (1-608882967)
       3.  Etana ft. Luciano "I Will"
       4.  I-Octane "No Frighten We" (1-606299962)
       5.  Etana "Mocking Bird" (1-604660691)

XVIII.
    A.  Kemar Album Title:        RASTA VIBE
    B.  Artist:                 VARIOUS
    C.  Compositions:
       1.  Sizzla "Teach The Little Children"
       2.  Check [sic] Fenda & I-Wayne "Thin Line" (1-606398162)

XIX.
    A.  Kemar Album Title:        83 RIDDIM MEET DROP IT RIDDIM
       VOL. 1
    B.  Artist:                 VARIOUS
    C.  Compositions:
       1.  Spanner Banner "Roots" (1-608882967)
       2.  Bobby Tenna "Battlefield" (1-6088822732)
       3.  Natural Blacks [sic] "Vulgarity" (1-608882967)
       4.  Chuck Fenda "Herbalist Farmer" (1-608882967)
       5.  Lutan [sic] Fyah "Music Is Love" (1-608882967)
       6.  Turbulence "Ready Now" (1-608882967)
       7.  Teflon "It's Been A While" (1-608882967)

XX.
    A.  Kemar Album Title:        FUTURE LEADERS VOL. 2
    B.  Artist:                 VARIOUS
    C.  Compositions:
       1.  Bush Man ft. Chuck Fenda "Tuff Time" (1-608882967)
       2.  Etana "Happy Heart" (1-605290614)
       3.  Duane Stephenson "Nature Boy"
       4.  I-Octane "No Frighten We" (1-606299962)
       5.  Peetah Morgan & Busy Signal "Unfair" (1-604660691)
       6.  Fanton [sic] Mojah "System"

XXI.
    A.  Kemar Album Title:        HARDCORE DANCEHALL VOL. 1
    B.  Artist:                 VARIOUS
    C.  Compositions:
       1.  Elephant Man "Climax"
       2.  Sizzla "Sexiness"

XXII.

  A. Kemar Album Title:     ONE DROP NOW FLAVA VOL. 5
  B. Artist:           VARIOUS
  C. Compositions:
    1. Chuck Fenda & Sammy Dread "Bad Boy" (1-608882967)
    2. Etana & Da'Ville "Loving You"
    3. Fanton [sic] Mojah "Nuh Trust Dem"
    4. I-Octane "Nuh Frighten We" (1-606299962)

XXIII.
  A. Kemar Album Title:     83 RIDDIM MEET DROP IT RIDDIM
    VOL. 2
  B. Artist:           VARIOUS
  C. Compositions:
    1. Richie Spice "A No Me Dat" (1-608882967)
    2. I-Octane "Poverty" (1-608882967)
    3. Queen Ifrica "Daddy" (1-608882967)
    4. Chuck Fenda "Heights" (1-608882967)
    5. Tony Rebel "Cyaan Go Round Good" (1-608882967)

XXIV.
  A. Kemar Album Title:     ENTERTAINMENT RIDDIM
  B. Artist:           VARIOUS
  C. Compositions:
    1. Sizzla "Love and Affection"

XXV.
  A. Kemar Album Title:     4 STARS VOL. 1
  B. Artist:           VARIOUS
  C. Compositions:
    1. Richie Spice "A No Me Dat" (1-608882967)
    2. Chuck Fenda "I Am For The Poor" (1-604660691)
    3. Fanton [sic] Mojah "Most High Jah" (1-606299962)
    4. Richie Spice "The Plane Land" (1-606299962)
    5. Chuck Fenda "Survivor" (1-608882967)
    6. Fanton [sic] Mojah "Rising" (1-605291059)
    7. Chuck Fenda "Herbalist Farmer" (1-608882967)
    8. Fanton [sic] Mojah "Frame" (1-610304614)
    9. Chuck Fenda "Oh Lord Forgive Them" (1-605290614)
    10. Fanton [sic] Mojah "No Trust Dem"

XXVI.
  A. Kemar Album Title:     KEMAR MCGREGOR PRESENTS
    ACOUSTIC VARIOUS ARTISTS VOL. 1
  B. Artist:           VARIOUS
  C. Compositions:
    1. Duane Stephenson "Life In A Dream"

    2.  Fanton [sic] Mojah "System"
    3.  Gyptian "Crying For A Better Day"
    4.  Etana "Free" (1-604772561)
    5.  Sizzla "Jah Love"
    6.  Freddie McGregor "Never Have A Love Like This Before"

XXVII.
    A.  Kemar Album Title:        KEMAR FLAVA MCGREGOR PRESENTS
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Richie Spice "A No Me Dat" (1-608882967)
        2.  Etana "I Am Not Afraid" (1-606299962)
        3.  Chuck Fenda "Bad Boy" (1-608882967)
        4.  Sizzla "Jah Love"
        5.  Queen Ifrica "Daddy" (1-608882967)

XXVIII.
    A.  Kemar Album Title:        CONSCIOUS
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Fantan Mojah "System"

XXIX.
    A.  Kemar Album Title:        DEGREE RIDDIM (EP)
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Sizzla "Dig It Out"
        2.  Sizzla "Jah Knows"

XXX.
    A.  Kemar Album Title:        I LOVE ROOTS
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Chuck Fenda ft. Bush Man "Tough Time" (1-608882967)
        2.  Natural Black "Vulgarity" (1-608882967)
        3.  Fanton [sic] Mojah "Rising" (1-605291059)
        4.  I-Octane "No Frighten We" (1-606299962)
        5.  Etana "Bad Mind" (1-605291059)

XXXI.
    A.  Kemar Album Title:        LOVERS ROCK MEET ROOTS AND CULTURE
    B.  Artist:        VARIOUS
    C.  Compositions:
        1.  Richie Spice "A No Me Dat" (1-608882967)

    2.  Etana "I Am Not Afraid" (1-606299962)
    3.  Peetah Morgan & Busy Signal "Unfair" (1-604660691)
    4.  Chuck Fenda "Why Should I" (1-606398162)
    5.  I-Octane "Poverty" (1-608882967)

XXXII.
    A.  Kemar Album Title:        NODOUBT RECORDS DUB RIDDIM VOL. 1
    B.  Artist:                KEMAR "FLAVA" MCGREGOR
    C.  Compositions:
        1.  "83 Riddim" (1-608882967)
        2.  "Bad Boy Riddim" (1-608882967)
        3.  "Rub A Dub" (1-606299962)

XXXIII.
    A.  Kemar Album Title:        NO DOUBT RECORDS HITS AFTER HITS
    B.  Artist:                VARIOUS
    C.  Compositions:
        1.  Richie Spice "The Plane Land" (1-606299962)
        2.  Sizzla "Speak of Jah"
        3.  Queen Ifrica "Daddy" (1-608882967)
        4.  Chuck Fenda ft. Sammy Dread "Bad Boy" (1-608882967)
        5.  Etana "Free" (1-604772561)

XXXIV.
    A.  Kemar Album Title:        ONE DROP NOW FLAVA VOL. 1
    B.  Artist:                VARIOUS
    C.  Compositions:
        1.  Sizzla "Suffer"
        2.  Sizzla "Right Road"

XXXV.
    A.  Kemar Album Title:        ONE DROP NOW FLAVA VOL. 2
    B.  Artist:                VARIOUS
    C.  Compositions:
        1.  Sizzla "Vision"

XXXVI.
    A.  Kemar Album Title:        ONE DROP NOW FLAVA VOL. 3
    B.  Artist:                VARIOUS
    C.  Compositions:
        1.  Sizzla "Love and Affection"

XXXVII.
    A.  Kemar Album Title:        ONE DROP NOW FLAVA VOL. 4
    B.  Artist:                VARIOUS
    C.  Compositions:

      1.  Sizzla "Trust In Jah"

XXXVIII.
    A. Kemar Album Title:        ONE TWO VIBES
    B. Artist:               VARIOUS
    C. Compositions:
      1.  Sizzla "Speak of Jah"
      2.  Chuck Fenda "Want To Be Free" (1-608882967)
      3.  Etana ft. Lutan Fyah "Gun"
      4.  Etana "Free" (1-604772561)

XXXIX.
    A. Kemar Album Title:        REGGAE FLAVA, VOL. 2
    B. Artist:               VARIOUS
    C. Compositions:
      1.  Sizzla "Burn It Down"
      2.  Fanton [sic] Mojah "Frame" (1-610304614)
      3.  Teflon "We're Gonna Make It"
      4.  Chuck Fenda "The Devil Is a Liar" (1-608882967)

XL.
    A. Kemar Album Title:        SPIRITUAL VIBES
    B. Artist:               VARIOUS
    C. Compositions:
      1.  Sizzla "Speak of Jah"
      2.  Etana "Free" (1-604772561)

XLI.
    A. Kemar Album Title:        THE BEST OF SIZZLA
    B. Artist:               SIZZLA
    C. Compositions:
      1.  "Youths"
      2.  "Jah"
      3.  "Another Side to Sizzla Intro"
      4.  "Jah Love"
      5.  "Adventure"
      6.  "Poor"
      7.  "Long Time"
      8.  "Prisoners"
      9.  "Suffering Man"
     10.  "One Day"
     11.  "Road"
     12.  "Teaching"
     13.  "Affection"
     14.  "Ashamed"
     15.  "Freedom"

15

XLII.
    A.  Kemar Album Title:          BRIGHTER DAY
    B.  Artist:                         SIZZLA
    C.  Compositions:

1. "Murderer"
2. "One Day"
3. "Different Side to Sizzla"
4. "Brighter Day"
5. "Jah Knows"
6. "Burn It Down"
7. "Rastafari Teaching"
8. "Free Up The Prisoners" ft. Turbulence
9. "Love and Respect"
10. "Don't Be Ashamed"
11. "Sexual Appeal"
12. "Dig It Out"
13. "Nuff Girls"
14. "Dangerous"
15. "Live Up" ft. Vybz Kartel

XLIII.
    A.  Kemar Album Title:          HEAD TO HEAD: SIZZLA, ANTHONY B
    B.  Artist:                         SIZZLA & ANTHONY B
    C.  Compositions:

1. "How Do You Feel"
2. "Jah Jah"
3. "Love Mama"
4. "Jah Love"
5. "Struggle Of Life"
6. "Poor"
7. "Better Must Come"
8. "Clear"
9. "Mad Boy"
10. "Love Yourself"
11. "Peace and Unity"
12. "Live Up"
13. "Cold Blooded Murderer"
14. "Jah Love"

SCHEDULE I

VP MASTERS - DISTRIBUTION DEFENDANTS INFRINGING USES

| ALBUM | ARTIST | TITLE | SR CR # |
|---|---|---|---|
| One Life To Live EP | Beres Hammond | I Surrender | 1-510394902 |
| One Life To Live EP | Beres Hammond | See You Again | SR 633-563 |
| Can't Take IT [sic] | Glen Washington | Vibes | SR 664-496 |
| Soon As We Rise EP | Duane Stephenson | Crying Out | SR 632-424 |
| Kemar McGregor The Collection | Beres Hammond | I Surrender | 1-510394902 |
| Kemar McGregor The Collection | Marcia Griffiths | When You Give Your Heart | SR 633-563 |
| Kemar McGregor The Collection | Richie Spice | A No Me Dat | SR 664-493 |
| Kemar McGregor The Collection | Turbulence | Name and Number | SR 664-510 |
| Kemar McGregor The Collection | Gyptian | Ma Ma | SR 664-490 |
| Kemar McGregor The Collection | Etana | I Am Not Afraid | SR 622-448 |
| Kemar McGregor The Collection | Alborosie | Inna De Garrison | SR 650-809 |
| Kemar McGregor The Collection | Chuck Fenda | Bad Boy (feat. Sammy Dread) | SR 641-126 |
| Kemar McGregor The Collection | I Wayne One Hit | Wonda | SR 632-424 |
| Kemar McGregor The Collection | Anthony B | How Do You Feel | SR 664-515 |
| Kemar McGregor The Collection | Etana | Free | SR 882-363 |
| Kemar McGregor The Collection | Stevie Face | Proverbs 6 | SR 633-563 |
| Kemar McGregor The Collection | Morgan Heritage | Nothing To Smile About | SR 622-448 |
| Kemar McGregor The Collection | Queen Ifrica | Daddy | SR 664-493 |
| Kemar McGregor The Collection | Lutan Fyah | Screaming | 1-510430645 |
| Kemar McGregor The Collection | Capleton | Same Old Story | SR 622-448 |
| Kemar McGregor The Collection | I-Octane | Poverty | SR 664-493 |
| Kemar McGregor The Collection | Gramps Morgan | One In A Million | SR 633-563 |
| Kemar McGregor The Collection | Tanya Stephens | Free Spirit | SR 882-363 |
| Dance Drop Riddim | Chuck Fenda | Money | SR 641-126 |
| Throw Back Riddim | Etana Ft - Vybrant | I Love You | 1-595615832 |
| Kemar Flava Mcgregor Dancehall EP | Zoom Jay | Bad Man | SR 641-126 |
| Kemar Flava Mcgregor Dancehall EP | Carlington Morrison & Drago (Featuring) | Don't Want to Know | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Etana | Mocking Bird | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Peetah Morgan feat Busy Signal | Unfair | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Alborosie featuring the Tamlins | Garrison | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Richie Spice | Who Dat | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Chuck Fenda | I am for the Poor | SR 641-126 |
| Flava Mcgregor Ghetto Riddim | Anthony B | Cold Blooded Murderer | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Luthan Fyah | Gangsta Living | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Konshens | Insanity | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Gyptian | Revelations | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Ginjah | Solidarity | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Tony Curtis | Jamaica | SR 650-809 |

| | | | |
|---|---|---|---|
| Flava Mcgregor Ghetto Riddim | Christopher Martin | Country Boy | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Kris Kelli | Big Woman Thing | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Ziggi | Back Biters | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | T'moore | You're My Love | SR 650-809 |
| Flava Mcgregor Ghetto Riddim | Kemar Flava Mcgregor | Ghetto Riddim | SR 650-809 |
| Gyptian in Acoustic Vibe EP | Gyptian | Around The World Acoustic | SR 618-487 |
| Gyptian in Acoustic Vibe EP | Gyptian | Keep Your Calm Acoustic | 1-211478571 |
| Gyptian in Acoustic Vibe EP | Gyptian | Mama Acoustic | SR 664-490 |
| Reggae Ultimate Volume 1 | Konshens | Let Me Know | SR 632-424 |
| Reggae Ultimate Volume 1 | Luthan Fyah | Gangsta Living | SR 650-809 |
| Reggae Ultimate Volume 1 | Capleton | Save Dem | SR 632-424 |
| Rasta Vibration | I-Wayne & Chuck Fenda | Thin Line | SR 641-126 |
| Rasta Vibration | Gyptian | Guide Me | 1-211478571 |
| Lovers Rock Roots and Culture Vol 1 | Richie Spice | A No Me Dat | SR 664-493 |
| Lovers Rock Roots and Culture Vol 1 | Beres Hammond | See You Again | SR 647-812 |
| Lovers Rock Roots and Culture Vol 1 | I Wayne | One Hit Wonda | SR 632-424 |
| Lovers Rock Roots and Culture Vol 1 | Duane Stephenson | Soon As We Rise | SR 662-667 |
| Lovers Rock Roots and Culture Vol 1 | Busy Signal & Peetah Morgan | Unfair | SR 650-809 |
| Lovers Rock Roots and Culture Vol 1 | Konhens | Let Me Know | SR 632-424 |
| Lovers Rock Roots and Culture Vol 1 | Chuck Fenda | Why Should I | SR 632-424 |
| Lovers Rock Roots and Culture Vol 1 | Glenn Washington | Vibes | SR 664-496 |
| Lovers Rock Roots and Culture Vol 1 | Pressure | Thinking About You | SR 662-667 |
| Lovers Rock Roots and Culture Vol 1 | I-Octane | Poverty | SR 664-493 |
| This One For You Mama EP | Gyptian | Mama Don't Cry | SR 664-490 |

<u>SCHEDULE J</u>

<u>VP ADDITIONAL MASTERS – DISTRIBUTION DEFENDANTS INFRINGING USES</u>

| | | |
|---|---|---|
| 1. | Beres Hammond | One Life To Live |
| 2. | Beres Hammond | Hunt You Down |
| 3. | Beres Hammond | Can't Fight It Anymore |
| 4. | Wayne Wonder | Piece A Da Pie |
| 5. | Luciano | What a Heat |
| 6. | Gyptian ft. Honorebel | What a Woman |
| 7. | Elephant Man | Wock Yo |
| 8. | T.O.K. | Na Go So |
| 9. | Danny English | When I Move |
| 10. | Lexxus | Through To Cute |
| 11. | Gyptian | Confess Acoustic |
| 12. | Gyptian | Peaceful Acoustic |
| 13. | Gyptian | Crying |
| 14. | Barrington Levy & Gyptian | Murderation |

SCHEDULE K

STB MCGREGOR COMPOSITIONS & PA NUMBERS & ADDITIONAL COMPOSITIONS
– DISTRIBUTION DEFENDANTS INFRINGING USES

I.

    A. Flava McGregor / PMI Album Title:    ONE LIVE TO LIVE (EP)
    B. Artist:    BERES HAMMOND
    C. Masters:
        1. "I Surrender" (1-609808082)
        2. "One Life To Live"
        3. "Hunt You Down"
        4. "Can't Fight It Anymore"
        5. "See You Again" (1-605290314)

II.

    A. Flava McGregor / PMI Album Title:    KEMAR MCGREGOR THE
                                    COLLECTION
    B. Artist:    VARIOUS
    C. Masters:
        1. Beres Hammond "I Surrender" (1-609808082)
        2. Gyptian "Ma Ma" (1-610304482)
        3. I-Wayne "One Hit Wonda" (1-605290649)
        4. Richie Spice "A No Me Dat" (1-608882967)
        5. Etana "I Am Not Afraid" (1-606299962)
        6. Chuck Fenda ft. Sammy Dread "Bad Boy" (1-606398162)
        7. Etana "Free" (1-604772561)
        8. Morgan Heritage "Nothing To Smile About" (1-606299962)
        9. Queen Ifrica "Daddy" (1-608882967)
      10. I-Octane "Poverty" (1-608882967)
      11. Tanya Stephens "Free Spirit" (1-604772561)
      12. Marcia Griffiths "When You Give Your Heart" (1-605290314)
      13. Maxi Preist [sic] "Bonefide" [sic]
      14. Turbulence "Name and Number"
      15. Alborosie "Inna De Garrison" (1-607798762)
      16. Jah Cure "This Is One For You Mama"
      17. Anthony B "How Do You Feel" (1-609701382)
      18. Duane Stephenson "Giving A Helping Hand"
      19. Stevie Face "Proverbs 6" (1-605290314)
      20. Lutan Fyah "Screaming"
      21. Capleton "Same Old Story" (1-606299842)
      22. Gramps Morgan "One In a Million" (1-605290314)
      23. Wayne Wonder "Piece A Da Pie"

III.

    A.  Flava McGregor / PMI Album Title:        DANCE DROP RIDDIM

    B.  Artist:        VARIOUS

    C.  Masters:

1. Wayne Wonder "Piece A Da Pie"
2. Sizzla "Blessing Us"
3. Anthony B "Change"
4. Chuck Fenda "Money"
5. Honorebel "Never Give Up"
6. Khago "Talk"
7. Chezidek "Extradite"
8. Luciano "What a Heat"
9. Lutan Fyah "The System"
10. Turbulence "Gun"
11. Ziggi "Street Life"
12. Pressure "World is in Trouble"
13. Everton Blender "Did You Pray"
14. Nickesha Lindo "Gotta Let You Go"
15. Sadiki "Night Boss"
16. Kemar Flava McGregor "Dance Drop Riddim"

IV.

    A.  Flava McGregor / PMI Album Title:        THROW BACK RIDDIM

    B.  Artist:        VARIOUS

    C.  Masters:

1. Gyptian ft. Honorebel "What a Woman"
2. Tanya Stephens "Free Spirit"
3. Sanchez "If It's Right, It's Right"
4. Etana ft. Vybrant "I Love You"
5. Glen Washington "Can't Take It"
6. Singing Melody "Painful Memories"
7. Anthony Cruz "Talk It Like It Is"
8. Tony Curtis "Best Friends Girl"
9. Lukie D "True Love"
10. Trilla U "Sweet Loving"
11. Nickesha Lindo "Where The Heart Is"
12. Sadiki "Take You All Over The World"
13. Pinchers "Gotta Be With U"
14. Tony Anthony "Blessed Love"
15. Kemar Flava McGregor "Throw Back Riddim"

V.

    A.  Flava McGregor / PMI Album Title:        KEMAR FLAVA MCGREGOR DANCEHALL (EP)

    B.  Artist:        VARIOUS

    C.  Masters:

1. Vybz Kartel "You Sey [sic] It Tight"
2. Beenie Man "Girls In Every Angle"
3. Elephant Man "Wock Yo"
4. T.O.K. "Na Go So"
5. Bling Dog "Fiesta"
6. Hawk Eye "Say Dem Bad"
7. Zoom Jay "Bad Man" (1-606398162)
8. Danny English "When I Move"
9. Lexxus "Through Yo Cute"
10. Galaxy P "Good Caan [sic] Done"
11. Carlington Morrison & Drago "Don't Want to Know"
12. Turbulence "I Love The Ladies"

VI.

   A. Flava McGregor / PMI Album Title:     FLAVA MCGREGOR GHETTO RIDDIM

   B. Artist:     VARIOUS

   C. Masters:

1. Etana "Mocking Bird" (1-604772561)
2. Peetah Morgan ft. Busy Signal "Unfair" (1-604660691)
3. Alborosie ft. The Tamlins "Garrison"
4. Richie Spice "Who Dat"
5. Chuck Fenda "I Am For The Poor" (1-608882967)
6. Anthony B "Cold Blooded Murderer" (1-607798762)
7. Luthan Fyah "Gangsta Living" (1-607798762)
8. Konshens "Insanity" (1-607798762)
9. Gyptian "Revelations" (1-607798762)
10. Ginjah "Solidarity" (1-607798762)
11. Louie Culture "Sentance" [sic]
12. Khago "Friend Enemy"
13. Nitty Kutchie "Welcome"
14. Tony Curtis "Jamaica" (1-607798762)
15. Prophecy "Peace and Unity"
16. Christopher Martin "Country Boy"
17. Kris Kelli "Big Woman Thing" (1-607798762)
18. Ziggi "Back Biters" (1-607798762)
19. T Moore "You're My Love"
20. Kemar Flava McGregor "Ghetto Riddim" (1-607798762)

VII.

   A. Flava McGregor / PMI Album Title:     GYPTIAN IN ACOUSTIC VIBE (EP)

   B. Artist:     GYPTIAN

   C. Masters:

1. "Around The World" (1-607330482)
2. "Confess Acoustic"

      3.  "Hustling Acoustic"
      4.  "Keep Your Calm Acoustic" (1-608931454)
      5.  "Mama Acoustic" (1-610304482)
      6.  "Peaceful Acoustic"

VIII.
    A.  Flava McGregor / PMI Album Title:     REGGAE ULTIMATE VOLUME 1
    B.  Artist:     VARIOUS
    C.  Masters:
       1.  Konshens "Let Me Know" (1-605290649)
       2.  Beenie Man "Girls In Every Angle"
       3.  Gyptian "Crying"
       4.  Elephant Man "Wock Yo"
       5.  Sizzla "Sexual Appeal"
       6.  Khago "Talk"
       7.  Vybz Kartel "Murder In The First Degree"
       8.  Barrington Levy & Gyptian "Murderation"
       9.  Luthan Fyah "Gangsta Living" (1-607798762)
      10.  Capleton "Save Dem" (1-605290649)

IX.
    A.  Flava McGregor / PMI Album Title:     DANCE DROP RIDDIM
    B.  Artist:     VARIOUS
    C.  Masters:
       1.  Sizzla "Blessing Us"
       2.  Chuck Fenda "Money" (1-608882967)

X.
    A.  Flava McGregor / PMI Album Title:     AMAZON RIDDIM
    B.  Artist:     VARIOUS
    C.  Masters:
       1.  Spragga Benz "Ghetto Cry"
       2.  Benzly Hype "Revive Me"
       3.  Gappy Ranks "Watch Out Fi Dem"
       4.  Vybz Kartel "Lickle Lickle"
       5.  Macka Diamond "Let's Party"
       6.  Stacious "Get It Started"
       7.  Versatile "Ina Di Streets"
       8.  Clumsy Dapps "All My Cuties"
       9.  Dolance "No More"
      10.  Sophia Brown "Jerome"
      11.  Lil Miss "Gimmi Gimmi"
      12.  Lisa Hyper ft. Vybz Kartel "Money Puss"
      13.  West Bank "Don't Waste Time"
      14.  Queen Paula "Gi Mi Dat"
      15.  Timmy Burrell "Let Me Take You"

16. Benzly Hype "Amazon Riddim Instrumental"

XI.
   A. Flava McGregor / PMI Album Title:     CAN'T TAKE IT
   B. Artist:     GLEN WASHINGTON
   C. Masters:
      1. "Can't Take It"
      2. "Vibes"
      3. "Good Old Days"
      4. "Feel For You"
      5. "Nothing For Me"

XII.
   A. Flava McGregor / PMI Album Title:     SOON AS WE RISE (EP)
   B. Artist:     DUANE STEPHENSON
   C. Masters:
      1. "Nature Boy"
      2. "Crying Out"
      3. "Giving A Helping Hand"
      4. "Marijuana"

XIII.
   A. Flava McGregor / PMI Album Title:     RASTA VIBRATION
   B. Artist:     VARIOUS
   C. Masters:
      1. Turbulence  "Hail Him"
      2. Sizzla "Teach The Little Children"
      3. Luciano "Take The Load Off"
      4. I-Wayne & Chuck Fenda "Thin Line" (1-606300019)
      5. Anthony B "Coffin Door"
      6. Gyptian "Guide Me" (1-608931454)
      7. Capleton "Protect Them"
      8. Lutan Fyah "Straight From My Heart"
      9. Natty King "Call Jah Name"
     10. Natural Black "O Beyond"
     11. Pressure "Health and Strength"
     12. Teflon "For All The Life"
     13. Ginjah "Jah Miracle"

XIV.
   A. Flava McGregor / PMI Album Title:     LOVERS ROCK ROOTS AND
     CULTURE VOL. 1
   B. Artist:     VARIOUS
   C. Masters:
      1. Gyptian "Confess"
      2. Richie Spice "A No Me Dat" (1-608882732)

3.  Beres Hammond "See You Again" (1-605290314)
4.  I-Wayne "One Hit Wonda" (1-605290649)
5.  Marcia Griffiths "Story"
6.  Jah Cure "This Is One For You Mama"
7.  Duane Stephenson "Soon As We Rise" (1-605173852)
8.  Busy Signal & Peetah Morgan "Unfair" (1-607798762)
9.  Konshens "Let Me Know" (1-605290649)
10. Chuck Fenda "Why Should I" (1-605290649)
11. Glenn [sic] Washington "Vibes"
12. Pressure "Thinking About You" (1-605173852)
13. I-Octane "Poverty" (1-608882732)

XV.
A. Flava McGregor / PMI Album Title:        THIS ONE FOR YOU MAMA (EP)
B. Artist:                                  VARIOUS
C. Masters:
    1.  Anthony B "Love Mama"
    2.  Turbulence "Mama"
    3.  Jah Cure "This Is One For Your Mama"
            Gyptian "Mama Don't Cry" (1-610304482)

6

<u>SCHEDULE L1</u>

<u>STB NON-MCGREGOR COMPOSITIONS & PA NUMBERS & ADDITIONAL
COMPOSITIONS –DISTRIBUTION DEFENDANTS INFRINGING USES</u>

I.

    A.  Flava McGregor / PMI Album Title:    ONE LIVE TO LIVE (EP)
    B.  Artist:    BERES HAMMOND
    C.  Masters:
        1.  "I Surrender" (1-609808082)
        2.  "One Life To Live"
        3.  "Hunt You Down"
        4.  "Can't Fight It Anymore"
        5.  "See You Again" (1-605290314)

II.

    A.  Flava McGregor / PMI Album Title:    KEMAR MCGREGOR THE
        COLLECTION
    B.  Artist:    VARIOUS
    C.  Masters:
        1.  Beres Hammond "I Surrender" (1-609808082)
        2.  Gyptian "Ma Ma" (1-610304482)
        3.  I-Wayne "One Hit Wonda" (1-605290649)

III.

    A.  Flava McGregor / PMI Album Title:    THROW BACK RIDDIM
    B.  Artist:    VARIOUS
    C.  Masters:
        1.  Gyptian ft. Honorebel "What a Woman"
        2.  Glen Washington "Can't Take It"

IV.

    A.  Flava McGregor / PMI Album Title:    KEMAR MCGREGOR
        DANCEHALL (EP)
    B.  Artist:    VARIOUS
    C.  Masters:
        1.  Lexxus "Through Yo Cute"

V.

    A.  Flava McGregor / PMI Album Title:    GHETTO RIDDIM
    B.  Artist:    VARIOUS
    C.  Masters:
        1.  Gyptian "Revelations" (1-607798762)

VI.
    A. Flava McGregor / PMI Album Title:    GYPTIAN IN ACOUSTIC VIBE (EP)
    B. Artist:    GYPTIAN
    C. Masters:
        1. "Around The World" (1-607330482)
        2. "Confess Acoustic"
        3. "Hustling Acoustic"
        4. "Keep Your Calm Acoustic" (1-608931454)
        5. "Mama Acoustic" (1-610304482)
        6. "Peaceful Acoustic"

VII.
    A. Flava McGregor / PMI Album Title:    REGGAE ULTIMATE VOLUME 1
    B. Artist:    VARIOUS
    C. Masters:
        1. Gyptian "Crying"
        2. Barrington Levy & Gyptian "Murderation"

VIII.
    A. Flava McGregor / PMI Album Title:    RASTA VIBRATION
    B. Artist:    VARIOUS
    C. Masters:
        1. Gyptian "Guide Me" (1-608931454)

IX.
    A. Flava McGregor / PMI Album Title:    LOVERS ROCK ROOTS AND CULTURE
                                       VOL. 1
    B. Artist:    VARIOUS
    C. Masters:
        1. Gyptian "Confess"
        2. Beres Hammond "See You Again" (1-605290314)
        3. I-Wayne "One Hit Wonda" (1-605290649)
        4. Glenn [sic] Washington "Vibes"

X.
    A. Flava McGregor / PMI Album Title:    THIS ONE FOR YOU MAMA (EP)
    B. Artist:    VARIOUS
    C. Masters:
        1. Gyptian "Mama Don't Cry" (1-610304482)

<u>SCHEDULE L2</u>

<u>GPL NON-MCGREGOR COMPOSITIONS & PA NUMBERS & ADDITIONAL
COMPOSITIONS – DISTRIBUTION DEFENDANTS INFRINGING USES</u>

I.

    A. Flava McGregor / PMI Album Title:     KEMAR MCGREGOR THE
                                                COLLECTION
    B. Artist:     VARIOUS
    C. Masters:
        1. Richie Spice "A No Me Dat" (1-608882967)
        2. Etana "I Am Not Afraid" (1-606299962)
        3. Chuck Fenda ft. Sammy Dread "Bad Boy" (1-606398162)
        4. Etana "Free" (1-604772561)
        5. Morgan Heritage "Nothing To Smile About" (1-606299962)
        6. Queen Ifrica "Daddy" (1-608882967)
        7. I-Octane "Poverty" (1-608882967)
        8. Tanya Stephens "Free Spirit" (1-604772561)

II.

    A. Flava McGregor / PMI Album Title:     DANCE DROP RIDDIM
    B. Artist:     VARIOUS
    C. Masters:
        1. Sizzla "Blessing Us"
        2. Chuck Fenda "Money" (1-608882967)

III.

    A. Flava McGregor / PMI Album Title:     THROW BACK RIDDIM
    B. Artist:     VARIOUS
    C. Masters:
        1. Etana ft. Vybrant "I Love You"

IV.

    A. Flava McGregor / PMI Album Title:     KEMAR FLAVA MCGREGOR
                                                DANCEHALL (EP)
    B. Artist:     VARIOUS
    C. Masters:
        1. Elephant Man "Wock Yo"

V.

    A. Flava McGregor / PMI Album Title:     KEMAR FLAVA MCGREGOR
       GHETTO
                                                 RIDDIM
    B. Artist:     VARIOUS
    C. Masters:
        1. Etana "Mocking Bird" (1-604772561)
        2. Peetah Morgan ft. Busy Signal "Unfair" (1-604660691)

    3.  Chuck Fenda "I Am For The Poor" (1-608882967)

VI.

    A.  Flava McGregor / PMI Album Title:      AMAZON RIDDIM
    B.  Artist:                             VARIOUS
    C.  Masters:
        1.  Gappy Ranks "Watch Out Fi Dem"

VII.

    A.  Flava McGregor / PMI Album Title:      REGGAE ULTIMATE VOLUME 1
    B.  Artist:                             VARIOUS
    C.  Masters:
        1.  Elephant Man "Wock Yo"
        2.  Sizzla "Sexual Appeal"

VIII.

    A.  Flava McGregor / PMI Album Title:      RASTA VIBRATION
    B.  Artist:                             VARIOUS
    C.  Masters:
        1.  Sizzla "Teach The Little Children"
        2.  I-Wayne & Chuck Fenda "Thin Line" (1-606398162)

IX.

    A.  Flava McGregor / PMI Album Title:      LOVERS ROCK ROOTS
        CULTURE VOL. 1
    B.  Artist:                             VARIOUS
    C.  Masters:
        1.  Richie Spice "A No Me Dat" (1-608882967)
        2.  Busy Signal & Peetah Morgan "Unfair" (1-604660691)
        3.  Chuck Fenda "Why Should I" (1-606398162)
        4.  I-Octane "Poverty" (1-608882967)