UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
V.P. MUSIC GROUP, INC., STB MUSIC,
INC., GREENSLEEVES RECORDS LTD.,
GREENSLEEVES PUBLISHING LTD.,

                *Plaintiff,*

     -against-                           CIVIL ACTION NO. 11 CV 2619

KEMAR MCGREGOR, NO DOUBT
RECORDS, LLC, FLAVA RECORDS, LLC,
THE ORCHARD ENTERPRISES, INC.,
ORCHARD ENTERPRISES NY, INC.,
PHOENIX MUSIC INTERNATIONAL
LTD.,

                *Defendants.*
------------------------------------------------------------ x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PHOENIX MUSIC INTERNATIONAL LTD., THE ORCHARD ENTERPRISES, INC. AND ORCHARD ENTERPRISES NY, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 Defendants Phoenix Music International Ltd., The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc., certify that they have no publicly held corporate parents and that no publicly held corporation owns 10% or more of any of their stock.

Dated: New York, New York
       October 17, 2011

By: _____
Judith A. Archer
*jarcher@fulbright.com*
Todd R. Hambidge
*thambidge@fulbright.com*
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Defendants Phoenix Music International Ltd., The Orchard Enterprises, Inc. and Orchard Enterprises NY, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served via ECF on October 17, 2011 to all counsel of record.

_____
Todd R. Hambidge

95262259.1